## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| Julia Ya Zhao, Frederick Hausheer, Hongran Stone, individually and on behalf of all others similarly situated )<br><br>Plaintiffs )<br>v. )<br><br>USA FENCING ASSOCIATION<br>a Colorado Corporation )<br><br>and )<br><br>Donald Alperstein, David Arias, Phil Andrews, Damien Lehfeldt, Lauryn Deluca, Kat Holmes, individually )<br><br>Defendants. ) | Civil Case No.:4:25-cv-00931-O |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Julia Ya Zhao, Frederck Hausheer and Hongran Stone, individually and on behalf of all others similarly situated, HEREBY GIVES NOTICE that their third claim for breach of contract in the second amended complaint against all the Defendants is voluntarily dismissed.  None of the Defendants have served an answer or motion for summary judgment in this case.  Accordingly, Plaintiffs' voluntary dismissal of the third claim for breach of contract is without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: February 2, 2026

Respectfully Submitted,

*/s/ Timothy T. Wang*
Timothy T. Wang
TX Bar #：24067927
twang@nilawfirm.com
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln
Suite 615
Dallas, TX 75231
(972) 331-4600

Charles Xiaolin Wang (admitted *pro hac vice*)
DC Bar #：470265
cwang@mbhylaw.com
**Mahdavi, Bacon, Halfhill & Young, PLLC**
11350 Random Hills Rd.
Suite 700
Fairfax, Virginia 22030
(703) 420-7620

James T. Bacon (admitted *pro hac vice*)
VA Bar #：22146
jbacon@mbhylaw.com
**Mahdavi, Bacon, Halfhill & Young, PLLC**
11350 Random Hills Rd.
Suite 700
Fairfax, Virginia 22030
(703) 420-7620

*Counsel for Plaintiffs Julia Ya Zhao, Frederick Hausheer, and Hongran Stone, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2026, a true and correct copy of the foregoing instrument has been electronically served on all parties and/or their counsel of record by ECF and in accordance with the Federal Rules of Civil Procedure.

                                            /s/ *Timothy T. Wang*
                                            Timothy T. Wang