IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIA YA ZHAO, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00931-O |
| | § | |
| UNITED STATES FENCING ASSOCIATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time (ECF No. 70). The Motion seeks an extension of time for Plaintiffs to respond to Defendants' Motion to Compel Arbitration (ECF No. 65). Having considered the Motion, and noting it is unopposed, the Court finds good cause to **GRANT** the Motion.

Accordingly, it is **ORDERED** that Plaintiffs' Response to Defendants' Motion to Compel Arbitration (ECF No. 71) filed on February 2, 2026, is timely. Defendants' deadline to file a reply, if any, will accordingly be February 16, 2026.

**SO ORDERED** on this **3rd day** of **February, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1