# EXHIBIT 3

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street<br>Colorado Springs, CO 80903<br>719-452-4000 | |
| **Plaintiff(s):**<br><br>ANDREY GEVA, ABDEL SALEM as directors,<br>derivatively on behalf of the USA FENCING, a Colorado<br>nonprofit corporation,<br><br>v.<br><br>**Defendant(s):**<br><br>USA FENCING and DAMIEN LEHFELDT, MOLLY<br>HILL, KAT HOLMES, LAURYN DELUCA, JACKIE<br>DUBROVICH, ANDREA PAGNANELLI | |
| *Attorneys for Plaintiffs:*<br>Attorneys:  Alan D. Sweetbaum #13491<br>            Ryan Hull #53815<br>            Sweetbaum Miller PC<br>Address:    1200 Seventeenth Street, Suite 1250<br>            Denver, Colorado 80202<br>Phone No.: (303) 296-3377<br>Email:      asweetbaum@sweetbaumlaw.com<br>            rhull@sweetbaumlaw.com<br><br>Name:       Mahdavi, Bacon, Halfhill & Young, PC<br>            James T. Bacon<br>            Charles X. Wang<br>Address:    11350 Random Hills Rd., #700<br>            Fairfax, VA 22030<br>Phone:      703-352-1300<br>Email:      jbacon@mbhylaw.com<br>            cwang@mbhylaw.com | Case Number:<br><br>2025CV31304<br><br>Division: 21 |
| **PLAINTIFFS' RESPONSE TO DEFENDANTS'<br>MOTION TO REVOKE *PRO HAC VICE* ADMISSION OF<br>PLAINTIFFS' COUNSEL XIAOLIN WANG** | |

Plaintiffs, Andrey Geva, an At-Large Director of Defendant USA Fencing) ("USA

Fencing" or "USAF") and Abdel Salem, an At-Large Director of USA Fencing), through counsel,

1

respond to Defendants' Motion to Revoke *Pro Hac Vice* Admission of Plaintiffs' Counsel Xiaolin Wang and state as follows:

### INTRODUCTION

1.    Defendants' motion turns a clerical pro hac vice application error into a request for the severe remedy of revoking Plaintiffs' chosen counsel's *pro hac vice* admission. Plaintiffs do not ask the Court to ignore the inaccuracy in the original verified motion. Mr. Wang, in his Affidavit attached as **Exhibit A**, acknowledges that paragraph 3 of his *pro hac vice* motion was inaccurate, and has supplied the chronology and context for the mistake. See Ex. A, Wang Aff. ¶¶ 3-5. The relevant issue, however, is not whether an inaccuracy occurred. Rather, it is whether Defendants have shown that the inaccuracy was intentional, made in bad faith, prejudiced Defendants, materially impaired the Court's admission process, or otherwise justifies the disruptive remedy of revocation.

2.    Defendants have not carried their burden. Mr. Wang's Affidavit explains that the error arose from dictation and review issues during a documented period of serious medical issues that affected his ability to read and write, and that he did not catch the inaccuracy before the affidavit was submitted. See Ex. A, Wang Aff. ¶¶ 5(12)-(14).

3.    The affidavit further explains that Mr. Wang first learned of the New York suspension in May 2023. Mr. Wang then paid past-due registration fees on May 23, 2023. See Ex. A, Wang Aff. ¶¶ 5(8)-(15). Mr. Wang then attempted to file a reinstatement motion in June 2023. *Id.* Mr. Wang later learned that the motion had been filed in the wrong appellate department, and has now completed the required CLE and refiled the motion with the correct department. Mr.

2

Wang expects that his reinstatement will occur within 45 days. *Id.* This record does not support revocation.

## LEGAL STANDARD

4.      The Colorado Rules of Professional Conduct as adopted by the Colorado Supreme Court, serve as the standards of professional responsibility in the Court. *See, e.g., World Youth Day v. Famous Artists Merch. Exch.*, 866 F. Supp. 1297, 1301-02 (D. Colo. 1994); *Religious Tech. Ctr. v. F.A.C.T.Net, Inc.*, 945 F. Supp. 1470, 1474 (D. Colo. 1996); *Gates Rubber Co. v. Bando Chem. Indus.*, 855 F. Supp. 330, 334 (D. Colo. 1994). The Court has authority to take measures against unethical conduct in any proceeding, and this supervisory power is exercised at the court's discretion. *See Gates Rubber Co.*, 855 F. Supp. at 334.

5.      The burden of proof lies with the party seeking disqualification or revocation of the *pro hac vice* admission. Speculation or conjecture is insufficient; specific facts must be provided to justify revocation of *pro hac vice* status. *See Gates Rubber Co.*, 855 F. Supp. at 334; *FUNPLEX PSHP. v. FDIC*, 19 F. Supp. 2d 1201, 1206 (D. Colo. 1998).

## LEGAL ARGUMENT

**I. Revocation of Pro Hac Vice Admission Is Not Supported by the Record.**

6.      Defendants ask the Court to revoke an already-granted pro hac vice admission based on an inaccurate statement that Mr. Wang has acknowledged and corrected by affidavit. As shown herein and in Mr. Wang's affidavit, that remedy is overly severe and wholly unwarranted under the circumstances. Moreover, it would deprive Plaintiffs of counsel already admitted in this case, disrupt the attorney-client relationship, increase expense, and create unnecessary delay. The

Court should not impose that remedy unless Defendants show more than an inaccuracy. They must show grounds sufficient to justify removal.

7.    Defendants cite to cases based upon distinctly different conduct. *People v. Culpepper*, 645 P.2d 5, 6 (Colo. 1982), as characterized by Defendants, involved an applicant who submitted a false transcript and falsely represented that he had obtained a bachelor's degree. *Id*.; *People v. Pruit*, 452 P.3d 259, 260 (Colo. O.P.D.J. 2019) involved an attorney who falsely certified that he was not subject to disciplinary proceedings while suspended in Texas and then presented a forged suspension agreement to Colorado local counsel. *Id*. *Culpepper* and *Pruitt* involved intentional or inherently deceptive conduct of a kind not present here.

8.    Here, by contrast, Mr. Wang disclosed the New York suspension in his pro hac vice filing. The dispute concerns the accuracy and completeness of the explanation for that suspension and the status of reinstatement. Defs.' Mot. at 2; Ex. A, Wang Aff. ¶¶ 3–5. This distinction matters. The record does not show that Mr. Wang concealed the suspension, forged documents, fabricated credentials, or attempted to practice before this Court without disclosing the disciplinary history required by C.R.C.P. 205.3. At most, the record shows an inaccurate explanation that has now been corrected by sworn affidavit.

**II. Defendants Have Not Shown Intentional Misconduct Warranting Revocation.**

9.    Plaintiffs do not dispute that paragraph 3 of the original pro hac vice motion contained inaccurate information. Mr. Wang's affidavit says so directly. See Ex. A, Wang Aff. ¶ 3. But Defendants' motion repeatedly treats an inaccuracy as though it necessarily establishes an intentional misrepresentation. That is the analytical error.

10. The distinction between an inaccurate statement and a knowing material falsehood is critical. Plaintiffs could not find any case in the Tenth Circuit factually on point to the facts here. But, in *Obert v. Republic Western Insurance Co.*, 398 F.3d 138 (1st Cir. 2005), the district court revoked *pro hac vice* status and imposed sanctions based in part on findings that counsel had submitted an "untruthful" affidavit. *Id*. at 139. The First Circuit modified the orders to strike the determinations of ethical, Rule 11, and § 1927 violations, explaining that "untruthful" meant knowingly false and that the affidavit was "not knowingly false as to any material fact," even though one statement "may well have been factually inaccurate." *Id*. at 143.

11. That reasoning is instructive here. Defendants' motion identifies alleged inaccuracies in Mr. Wang's original explanation, but it does not establish that he knowingly made a false statement of material fact. The appropriate inquiry is not whether the original wording was imperfect; it is whether the record supports the serious professional finding Defendants ask this Court to make.

12. The Colorado Rules cited by Defendants require a materially different showing than a mere mistake. Colo. RPC 3.3(a)(1), as quoted by Defendants, concerns a lawyer who "knowingly" makes a false statement of material fact or law to a tribunal or fails to correct such a statement. Colo. RPC 3.4(c), as quoted by Defendants, concerns a lawyer who "knowingly" disobeys an obligation under tribunal rules. Colo. RPC 4.1(a), as quoted by Defendants, concerns a lawyer who "knowingly" makes a false statement of material fact or law to a third person.

13. Colo. RPC 1.0(f) states that "Knowingly" denotes actual knowledge of the fact in question. Defendants' cited rules therefore do not support revocation based solely on negligence, mistake, or imperfect wording.

14.     Mr. Wang's affidavit supplies the missing context. He states that he dictated the prior affidavit, that his wife typed it, that he did not catch the inaccuracy when it was read back to him, and that the inaccuracy occurred during a serious medical issue that affected his ability to read and write. See Ex. A, Wang Aff. ¶ 4. He further states that from July 2024 to March 2026, he was dictating and listening with assistance from others for reading and writing, and that the first affidavit was made during that period by his wife typing his dictation. See Ex. A, Wang Aff. ¶ 5(14). Those sworn facts negate any inference that the original wording somehow was a deliberate effort to mislead the Court.

### III. Wang's Affidavit Provides Record-Based Chronology.

15.     Defendants argue that the original statement wrongly attributed the suspension to "the COVID period" and that the suspension traces to registration failures beginning in 2016. Mr. Wang's affidavit addresses that chronology. He states that from 2016 to part of 2019, he was stationed in China as an executive of a U.S.-China joint venture, and that the Chinese firewall blocked access to foreign websites. See Ex. A, Wang Aff. ¶ 5(1). He further states that, because of the firewall issue, he asked a friend in the United States to help with payments, including bar registrations in D.C. and New York; that the friend forgot to make his bar registration payments; and that he did not receive the bar due notices because they went to addresses associated with his then-employer and his U.S. home, which was rented out See Ex. A, Wang Aff. ¶¶ 5(2)-(4).

16.     While that explanation is different from the shorthand statement in the original *pro hac vice* filing,the difference supports correction rather than revocation. The affidavit clarifies that the New York registration problem began while Mr. Wang was in China before COVID, continued through the COVID period after he returned to the United States, and was later

complicated by medical issues. See Ex. A, Wang Aff. ¶¶ 5(1)-(15). Defendants claim that the original statement was imprecise or incomplete, but they have not shown that the omission of facts in Wang's corrected chronology is intentionally deceptive.

17. Defendants also argue that the statement that Mr. Wang had paid arrears and was in the process of reinstatement was unsupported. The affidavit again supplies context. Mr. Wang states that he first learned of the suspension in May 2023, immediately paid all past-due registration fees on May 23, 2023, and, with assistance from a paralegal, filed a motion for reinstatement on June 6, 2023. See Ex. A, Wang Aff. ¶ 5(10). He further states that the motion was filed with the wrong judicial department, was returned and forwarded to him at a house he was no longer living at, and that his subsequent medical condition made it extremely difficult to complete the CLE required for New York reinstatement. See Ex. A, Wang Aff. ¶¶ 5(11)-(14). Finally, he states that, when he was again able to read and write normally for a couple of hours at a time, he completed the required CLE credits and refiled the reinstatement motion with the correct department of the New York Appellate Court. See Ex. A, Wang Aff. ¶ 5(15).

18. Nothing in that sequence is bad faith. That sequence establishes an attempted cure, a procedural error, a medical impediment, and a later renewed filing. If the Court wants a cleaner record, the appropriate remedy is a supplemental disclosure with supporting documentation, not revocation.

**IV. Defendants' Authorities Cited Are Inapplicable.**

19. Defendants' reliance on *Culpepper* and *Pruit* are misplaced.

20. In *Culpepper*, Defendants state that admission was voided where the applicant submitted a false transcript and falsely represented that he had obtained a bachelor's degree.

Defs.' Mot. at 4; *Culpepper*, 645 P.2d at 6. That conduct went directly to the applicant's qualifications and involved an affirmative false credential. This case does not involve a fabricated degree, false transcript, or concealed lack of qualification.

22.    In *Pruit*, Defendants state that the attorney was disbarred after falsely certifying on a pro hac vice application that he was not subject to any disciplinary proceedings when he was suspended in Texas, and after presenting a forged Texas suspension agreement to Colorado local counsel. Defs.' Mot. at 4; *Pruit*, 452 P.3d 259, 260 (Colo. O.P.D.J. 2019). That case involved concealment of disciplinary status and a forged document. *Id*. Here, Mr. Wang's original application disclosed the New York suspension, he did not hide the existence of discipline or submit a forged document.

22.    Defendants' cited cases therefore support a narrower proposition: intentional, material deception in the admission process can have serious consequences. Plaintiffs do not dispute that proposition. But Defendants have not shown that this record contains the kind of intentional deception, forged evidence, or concealed discipline present in those cases.

**V. The Balance of Equities Favors Denial.**

23.    The equities weigh against revocation. Plaintiffs have a strong interest in continuing with counsel who has already appeared and who is familiar with the matter. Revocation would require Plaintiffs to reorganize their litigation team, impose additional cost, and risk delay. Defendants identify no comparable prejudice from allowing Mr. Wang to remain admitted subject to a corrected disclosure.

24.    Defendants don't identify any litigation prejudice caused by the inaccurate wording in paragraph 3. They do not contend that the statement altered a discovery deadline, affected the

merits, impaired their ability to defend that case, or caused them to take any litigation position they otherwise would not have taken.

25.     The remedy must be proportional to the issue. Mr. Wang submitted a sworn application with facts alleged that are inaccurate. Mr. Wang submitted a sworn correction and explanation. See Ex. A, Wang Aff. ¶¶ 3-5. He has acknowledged responsibility for the oversight and that he should have been more careful. See Ex. A, Wang Aff. ¶ 4. He has confirmed that, other than the New York suspension, he is in good standing in all bars where admitted; that no disability, disciplinary, or grievance proceedings have been filed or are pending against him; and that he has never had a *pro hac vice* admission denied or revoked. See Ex. A, Wang Aff. ¶ 6. He also acknowledges his obligation to comply with the Colorado Rules of Professional Conduct, the Colorado Rules of Civil Procedure, and other court rules. See Ex. A, Wang Aff. ¶ 7.

26.     Even assuming the Court concludes that remedial action is appropriate, revocation is disproportionate. The Court can require a corrected or supplemental pro hac vice disclosure, accept Mr. Wang's affidavit as a correction to the record, require updated documentation concerning the New York reinstatement filing, or direct counsel to provide current proof of D.C. good standing and any updated New York status. Those measures would address the only cognizable concern raised by Defendants: the accuracy and completeness of the pro hac vice record. They would do so without depriving Plaintiffs of counsel, increasing expense, delaying proceedings, or converting a correctable disclosure issue into a tactical disqualification.

27.     Defendants' cited cases therefore support a narrower proposition: intentional, material deception in the admission process can have serious consequences. Plaintiffs do not

dispute that proposition. But Defendants have not shown that this record contains the kind of intentional deception, forged evidence, or concealed discipline present in those cases.

WHEREFORE Plaintiffs respectfully request that the Court deny Defendants' Motion to Revoke Pro Hac Vice Admission of Plaintiffs' Counsel Xiaolin Wang. In the alternative, if the Court determines that additional remedial action is appropriate, Plaintiffs request that the Court accept Mr. Wang's affidavit and any corrected or supplemental pro hac vice disclosure as sufficient remedial action, without revoking his admission, and for such other relief as the Court deems just and appropriate.

Respectfully submitted this 26th day of May 2026.

SWEETBAUM MILLER PC

By: *s/Alan D. Sweetbaum*
Alan D. Sweetbaum, #13491
Ryan Hull, #53815
*Attorneys for Plaintiffs*

MAHDAVI, BACON, HALFHILL & YOUNG, PC

By: *s/James T. Bacon*
James T. Bacon, *Pro Hac Vice*
*Attorneys for Plaintiffs*

MAHDAVI, BACON, HALFHILL & YOUNG, PC

By: *s/Charles X. Wang*
Charles X Wang, *Pro Hac Vice*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2026, the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO REVOKE PRO HAC VICE ADMISSION OF PLAINTIFFS' COUNSEL XIAOLIN WANG** was efiled via the Colorado Courts E-Filing system and served on all counsel and parties of record.

*s/ Kennedy Olson*
Kennedy Olson

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street<br>Colorado Springs, CO 80903 | |
| Plaintiff(s): ANDREY GEVA, ABDEL SALEM as directors, derivatively on behalf of the USA FENCING, a Colorado nonprofit corporation,<br><br>v.<br><br>Defendant (s): USA FENCING and DAMIEN LEHFELDT, MOLLY HILL, KAT HOLMES, LAURYN DELUCA, JACKIE DUBROVICH, ANDREA PAGNANELLI | |
| Attorneys for Plaintiffs:<br>Attorneys:  Alan D. Sweetbaum #13491<br>            Sweetbaum Miller PC<br>Address:    1200 Seventeenth Street, Suite 1250<br>            Denver, Colorado 80202<br>Phone No.:  (303) 296-3377<br>Email:      asweetbaum@sweetbaumLaw.com | Case Number:<br><br><br><br>Division: |
| **AFFIDAVIT OF XIAOLIN WANG** | |

Under penalty of perjury under the laws of Colorado, I, Xiaolin Wang, the undersigned affiant, swear or affirm that:

1. My name is Xiaolin Wang. I am an attorney with the Law Firm of Mahdavi, Bacon Halfhill & Young, PLLC, 11350 Random Hills Rd., #700, Fairfax, VA 22030; Telephone: (703) 420-7620 and counsel to Plaintiff in the action referenced above.

2. I received a Juris Doctor degree from Duke University School of Law. I was admitted to the State Bar and Courts of the District of Columbia in 2002. My DC State Bar number is: DC470265. I was also admitted to the State Bar and Courts of New York in 2000. My New York State Bar number is: NY3018629.

3. On June 12, 2025, I submitted a motion requesting pro hac vice admission to this Court. I recently noticed that paragraph 3 in that motion was inaccurate. It stated:

1

**EXHIBIT A**

*Xiaolin Wang was suspended by the New York Bar solely due to failure to registered [sic] during the COVID period where he was experiencing infirmity in China with no internet access to websites outside of China (Chinese government has been blocking internet access to websites outside of China). He has have [sic] since made all payments in arears [sic] and is in the process of being reinstated."*

4. I dictated the previous motion and my wife typed it for me. I did not catch the inaccuracy when she read back to me before I signed the same. While I take full responsibility of this oversight, the inaccuracy was partially caused by an unfortunate medical situation that prevented me from writing and reading for quite some months. This illness eventually progressed to a state that I was ambulanced to an emergence room and it took several months for me to recover.

5. The accurate facts are follows –

*I was suspended by the New York Bar solely due to failure to register when I was in China with no internet access to websites outside of China (Chinese government has been blocking internet access to websites outside of China), followed by a prolonged infirmity during the COVID after I returned to the U.S. I made all payments in arrears when I first learned this suspension and I am in the process of being reinstated.*

The specific facts are detailed bellow –

(1) From 2016 to part of 2019, I was stationed in China as an executive of a U.S.-China joint venture. China's national firewall – Great Wall Firewall – blocks access to foreign sites.

(2) Because of this firewall blockage in China, I asked my friend in the U.S. to help with all payments, including my bar registrations in DC and New York.

(3) She did keep my registration current with the DC bar but forgot to do the same for the New York Bar since 2016.

(4) During such time I never received any notice from New York Bar about lapse of registration as the listed addresses were my then employer's address and my home address in the U.S., which was later rented out.

(5) In the end of 2019, when COVID started to spread out in China, I took my family back to the U.S. and have stayed in the U.S. since then.

2

**EXHIBIT A**

(6) From 2020 to 2022, I was self-employed as I had been experiencing infirmities that prevented me from working.

(7) After my health situation improved to a state that I could work part time, around 2022 - 2023, I was in discussion with Mahdavi Bacon for a possible engagement as an attorney.

(8) During the course of such discussion, I found out, for the first time, that my New York bar registration had not been renewed since I went to China in 2016 and I was suspended on September 13, 2021 for the failure to make registration payment under Section 486-a. A copy of the Suspension Order is attached as Exhibit 1.

(9) I never received any notice about this registration failure when I was in China and after I returned to the U.S. in 2019. I first learned this suspension in May, 2023. I immediately paid all the past due registration fees on May 23, 2023. A paralegal at Mahdavi Bacon assisted me in filing a motion for reinstatement on June 6, 2023. A copy of the Motion for Section 486-a Reinstatement is attached as Exhibit 2.

(10) Unfortunately, this motion was filed with the wrong judicial department in New York City (the First Judicial Department), while it should be filed with the Third Judicial Department in Albany, New York for an out of state lawyer.

(11) The motion was returned and forwarded to my address in Kentucky in 2024, at which time I moved again, first back to Virginia, then to Weston, Massachusetts.

(12) In July, 2024, I moved to Massachusetts. Around the same time, I started to experience symptoms of severe dizziness, headache, vomiting, and loss of balance if I read or watch anything close for even a short period of time. I also started to experience short term memory loss. This illness made it extremely difficult for me to complete the requisite CLE for the New York reinstatement. I missed another registration payment (due in July) in the middle of moving my household to Massachusetts in the same month. All registration renewals were paid in full now. A copy of the current New York registration is attached as Exhibit 3.

(13) This illness progressed rapidly in the summer of 2025 and I was eventually ambulanced to an emergency room and hospitalized under intensive care in a Massachusetts hospital in September, 2025. A copy of the Ambulance service and hospital bill is attached as Exhibit 4.

(14) I was diagnosed with a vestibular neuritis caused by a viral infection

3

**EXHIBIT A**

and it took a long therapeutic exercise after the hospitalization for me to fully recover. From July, 2024 to March, 2026, I had been dictating with help of others. It was during the progression of the above illness in the summer of 2025 that my above referenced motion was typed by my wife under my dictation. A copy of my wife's affidavit is attached as <u>Exhibit 5</u>.

(15)    When I was finally able to read and write normally for a couple of hours at a time recently, I completed the required CLE credits and refiled the motion for restatement with the correct judicial department of the New York Appellate Court.

6.  Other than the above suspension, I am in good standing in all Bars wherever admitted, no disability, disciplinary or grievance proceedings have been filed or are pending against me and I have never had a request for pro hac vice admission denied or revoked. A copy of a current certification of good standing from the District of Columbia Bar is attached as <u>Exhibit 6</u>.

7.  I acknowledge that I am subject to all applicable provisions of the Colorado Rules of Professional Conduct, the Colorado Rules of Civil Procedure and other court rules; that I have read and will follow these rules throughout the pro hac vice admission.

The statements above are true and accurate to the best of my knowledge and belief.

NAME OF AFFIANT: Xiaolin Wang

SIGNATURE OF AFFIANT:

Acknowledged, subscribed and sworn to before me this 19th day of May, 2026 in the Commonwealth of Massachusetts, County of Middlesex.

N/A
NOTARY REGISTRATION NUMBER
(My commission expires: 10/12/2029.)

NOTARY PUBLIC



SUPRIYA TIPNIS
Notary Public, Commonwealth of Massachusetts
My Commission Expires October 12, 2029

4

**EXHIBIT A**

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 7, 2021          PM-131-21
_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW              MEMORANDUM AND ORDER
   § 468-a.                                     ON MOTION

_____


Calendar Date:  September 13, 2021

Before:  Garry, P.J., Lynch, Aarons, Pritzker and Colangelo, JJ.

_____


        Monica A. Duffy, Attorney Grievance Committee for the
Third Judicial Department, Albany, for Attorney Grievance
Committee for the Third Judicial Department.


_____


Per Curiam.

        The Attorney Grievance Committee for the Third Judicial
Department (hereinafter AGC) moves pursuant to Rules for
Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (5) and
Rules of the Appellate Division, Third Department (22 NYCRR) §
806.9 for an order suspending respondent attorneys — all of whom
either last listed a registration address within this Judicial
Department or were admitted to practice by this Court (see
generally Rules for Attorney Disciplinary Matters [22 NYCRR] §
1240.7 [a] [2]) — upon the ground that they have failed to
fulfill their respective attorney registration obligations for
at least two consecutive biennial registration periods since
2016 (see Judiciary Law § 468-a; Rules of the Chief Admin of Cts
[22 NYCRR] § 118.1).  Respondents were noticed of the
application pursuant to the terms of an order to show cause
issued by this Court which was marked returnable September 13,
2021 and which is supported by affidavit of AGC's counsel with
exhibits (see generally Judiciary Law § 90 [6]).


**EXHIBIT 1**

-2-                          PM-131-21

Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 both require that attorneys admitted to practice in New York file a registration statement with the Office of Court Administration on a biennial basis. This obligation extends to all attorneys admitted in New York, regardless of where they work or reside, and even applies to attorneys who have been suspended or who have retired from the practice of law altogether (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c], [g]).  After an attorney's initial registration upon admission to the bar, the obligation to register is triggered by the attorney's birthdate every other year thereafter, and an attorney has a 30-day grace period following his or her birthdate in which to satisfy the obligation (see Judiciary Law § 468-a [2]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]).  Since the registration requirement applies "for as long as the attorney remains duly admitted to the New York bar" (Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]), it may only be terminated by the attorney's death, disbarment or formal resignation upon order of the Appellate Division (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).[1]

The failure to duly register as an attorney "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action" (Judiciary Law § 468-a [5]; see Benjamin v Koeppel, 85 NY2d 549, 556 [1995]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [h]).  To be sure, the Rules of Professional Conduct explicitly define "conduct that is prejudicial to the administration of justice" as attorney misconduct (see Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]), and this Court has repeatedly and consistently held that an attorney's failure to comply with his or her registration requirements is professional misconduct warranting

_____

[1]  We take the opportunity to once again remind the bar that, over and above the biennial registration requirement, every New York attorney also has an affirmative duty to keep the Office of Court Administration apprised of his or her up-to-date contact information (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [f]).

**EXHIBIT 1**

-3-                    PM-131-21

the imposition of discipline (see Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706, 1707 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a, 65 AD3d 1447 [2009]; Matter of Arms, 251 AD2d 743, 743–744 [1998]; Matter of Ryan, 238 AD2d 713, 713–714 [1997]; Matter of Farley, 205 AD2d 874, 874–875 [1994]).

AGC has put forth uncontroverted evidence of each respondent's misconduct in the form of documentary proof that each respondent has repeatedly failed to fulfill his or her attorney registration obligations and remains delinquent in that obligation to date (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.9 [a] [5]).  Accordingly, AGC's motion is hereby granted and each respondent listed on the schedule attached hereto is suspended, effective immediately and until further order of this Court (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; see also Matter of Attorneys in Violation of Judiciary Law § 468-a [D'Alessandro], 169 AD3d 1349 [2019]; Matter of Jing Tan, 164 AD3d 1515 [2018]).

Garry, P.J., Lynch, Aarons, Pritzker and Colangelo, JJ., concur.

ORDERED that the motion of the Attorney Grievance Committee for the Third Judicial Department is granted; and it is further

ORDERED that each respondent listed on the schedule attached hereto is suspended from the practice of law, effective immediately, and until further order of this Court; and it is further

ORDERED that, for the period of suspension, respondents are commanded to desist and refrain from the practice of law in any form in the State of New York, either as principals or as agents, clerks or employees of another; and respondents are hereby forbidden to appear as attorneys or counselors-at-law before any court, judge, justice, board, commission or other

**EXHIBIT 1**

                            -4-                    PM-131-21

public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold themselves out in any way as attorneys and counselors-at-law in this State; and it is further

       ORDERED that respondents shall comply with the provisions of the Rules for Attorney Disciplinary Matters regulating the conduct of suspended attorneys and shall duly certify to the same in their affidavits of compliance (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.15); and it is further

       ORDERED that this memorandum and order on motion shall be deemed served upon respondents by (1) its continuous publication on this Court's website, (2) weekly publication on this Court's Twitter account for a period not to exceed 30 days, (3) email delivery of this memorandum and order on motion to "any and all email addresses on file" for each respondent with the Office of Court Administration, and (4) first-class mail to the last-known home address of each respondent without an email address on file with the Office of Court Administration.


                            ENTER:


                            Robert D. Mayberger
                            Clerk of the Court




                          **EXHIBIT 1**

-5-                              PM-131-21

| NAME | REG ID |
|------|--------|
| ABAD, CARLO | 4229571 |
| ABERGEL, OLIVER NISSIM | 2922136 |
| ABERNATHY, BILLY JOHN | 4164877 |
| ABRAMS, AILEEN THERESA | 4364006 |
| ADDA, EMMANUEL ELIE | 3928652 |
| ADEKANYE, OMOLOLA | 5374756 |
| ADENIYI, FEMI ABIODUN ADEROHUNMU | 4319687 |
| ADLER, MARC LEONARD | 5052808 |
| ADVANI, ABHISHEK | 5027750 |
| ADVANI, ANIL | 2993301 |
| AHERN, CATHAL | 4334322 |
| AHN, DOHYUN | 4204277 |
| AHN, SARAH | 4263935 |
| AHUJA, RAJIV | 4483434 |
| AKIMOTO, NAOKO | 5243266 |
| AKPANA, IBOROMA TAMUNOEMI | 4248738 |
| AKPOFURE, OMESIRI SOTONYE | 2994309 |
| ALAZZAZ, SHIHANA SALEH | 4949988 |

**EXHIBIT 1**

-6-                    PM-131-21

ALBIZU, CHRISTOPHER O                4451290

ALBRECHT, ANDREA JOY                 5029293

ALBRIGHT, JOHN DAVID                 4083655

ALDER, GEOFFREY THOMAS               2704021

ALFANO, MIREILLE NOEL                4579884

ALHANKO, MAUD LARISSA                4420741

ALIRE, ALEXIS LYNN                   4635231

ALMANN, LAURI                        4402640

AMES, EMILY KATHRYN                  4982039

ANOLICK, CHANA BRURIA                5018965

ANZELC, JOHN FRANK                   4867370

APOSHIAN, REGINA BLEWITT             5384128

ARCAYA, MARIA TERESA                 4019865

ARQUIT, CHRISTINE ELAINE             1581081

ATTUIL, JEREMY EMMANUEL              4798740

BABITT, BRUCE H.                     2397370

BADENHAUSEN, THOMAS MICHAEL          2254662

BAE, SEONG RYEOL                     5098439

BAHN, YOUNGHOON                      4899647

BAKER, JAMES EDWARD                  2087484

**EXHIBIT 1**

-7-                          PM-131-21

BALDEN, BENJAMIN SCOTT            5223334

BANG, HYUN                        2325371

BANHEGYI, ILONA IRMA              2712685

BANKS, STEVEN MARC                4338141

BAO, CHEN                         4638136

BARBATANO, SALVATORE ANTHONY      4485660

BARNUM, MATTHEW SCHUBERT          5070784

BASSIL, ELIAS BASSIL              4414207

BATEMAN, GLENN ALAN               2421485

BAUM, LESLIE NICOLE               4514352

BAXMANN, JULIANE                  4726287

BELLCOURT, GWENN M.               2588499

BENMOHA, MATHILDE V.              2916278

BEN-PORATH, TAMAR                 2440030

BENSIMON, MAIA LAURENCE           4239869

BERGFELD, ROLAND                  4049359

BERNA, JOSEPH                     1848266

BERTRAM, YITZCHOK                 4403499

BIELAN, JUDITH Q.                 2334696

BILLON-LANFREY, TEHI JULIE        5264833

**EXHIBIT 1**

-8-                           PM-131-21

BIONDO, P. RICHARD                    1407253

BISCAN, ADRIANA                       5373014

BITICI, TEUTA                         4618542

BLAINE, PATRICK-JAMES                 4692398

BLANCHARD, PETER ALLAN BRADLEY        5255716

BLESER, MARILYN JEANNINE              4288312

BLOCK, WAYNE BRUCE                    2303949

BLONDEAU, JUSTINE MARIE               5006614

BLUM, JENNIFER MICHELE                4161832

BLUMENFELD, MICHAEL BRIAN             2452993

BLUMKIN, ANNA G                       4140083

BOBKOVA, KSENIA VLADIMIROVNA          4001277

BOGARDUS, FRANK E.                    1023241

BONDAROWICZ, ANDREW STANLEY           4359022

BORISON, CRAIG STEVEN                 4865580

BOUCHOUX, FRANCES VERONICA            2222016

BOYD, TRACY ELLEN                     5235429

BRASWELL, WALTER M.                   1941939

BREEZE, COLIN MCCLELLAN               2963114

BREGMAN, KEITH ALAN                   2940963

**EXHIBIT 1**

-9-                              PM-131-21

BREUVART, FLORENCE DAPHNE                5050117

BRIDGEN, WILLIAM JOSEPH                  2772168

BRODSKY, CHARLES LOUIS                   2765279

BRODY, TYLER                             4494787

BRYANT, BILL LINTON JR.                  4833406

BU, JOON HO                              5005723

BUKOWSKI, KENNETH ANTHONY II             5152954

BURGHARDT, KIRSTEN RITA                  4018982

BURKE, JAMES ROBERT                      3026267

BURRIS, ANNE STEEL                       3024106

BYUN, HEEKU                              4442828

CAMACHO, LUIS ANDRES                     5324900

CAMERON, TORYAH SHANI                    2916518

CARLSON, KERSTIN BREE                    4949319

CARTER, FRANCIS OLIVER                   4242772

CASCIO, SHEILA S.                        4390381

CASIERI, DIANA                           3007960

CASILLA, SUNILDA ESPERANZA               4493557

CASSANITI, JOCELYN E.                    4413266

CASSIDY, DEREK MICHAEL                   4593026

**EXHIBIT 1**

-10-                                    PM-131-21

CERNEA CLARK, ADAM MCALPINE         5338520

CERRAHOGLOU, EMINE EDA              4383154

CERRATI, CORINNE                    4949392

CERRETANI, MEGHAN MARIE             4223293

CHAMBERS, ROBERT FREDERICK          4415121

CHANG, WEI-CHIEN                    5077409

CHANG, YUNGLUN                      4332581

CHARRETON, VALERIE ANN              4590097

CHAU, STANLEY T.                    2869527

CHEN, CHING YI                      4385688

CHEN, CHI-YUAN                      5039201

CHEN, JINGSI                        5296397

CHEN, LI-CHING                      2519593

CHEN, MENG                          5341144

CHEN, QIAO                          5285234

CHEN, TAO                           4784393

CHEN, YU                            5261805

CHENG, YUE                          5283080

CHEONG, KENNETH PO LEONG            4177416

CHEONG, SIMON KAI-TSE               4119798

**EXHIBIT 1**

-11-                         PM-131-21

| | |
|---|---|
| CHI, JAMES C. | 3017787 |
| CHIN, LISA JENNIFER | 5088687 |
| CHING, ANTHONY CHUNG WEI | 2201820 |
| CHOI, EUN-HWA | 2946135 |
| CHOI, JONG | 2994937 |
| CHOI, TAEEUN | 5301643 |
| CHON, JONGIK | 4148300 |
| CHOUDHARY, ANIL KUMAR | 5347141 |
| CHUNG, JOON HYUG | 5297742 |
| CHUNG, MOON SOO | 1941863 |
| CHUSID, JODIE LEITH | 3961893 |
| CITRO, LAWRENCE FREDERICK | 2677185 |
| CLAPAUD, SANDRA | 4907184 |
| CLARK, JOANNE | 2180545 |
| CLARK, MELISSA AUGUSTA | 2389039 |
| CLASPER, JAMES BOYD | 4201034 |
| COE, SHANNON DENISE | 4396859 |
| COGER, KARIN YVONNE | 4275343 |
| COHEN, MAYAN | 5311709 |
| COHERNOUR, DAVID CLAIR | 4042156 |

**EXHIBIT 1**

-12-                    PM-131-21

| | |
|---|---|
| COLE, AVRIL TUNDETE | 4221792 |
| COLE, JOHN HERBERT WAYNE | 2957173 |
| COLEGRAVE, SIENA BYASS BLAKE | 5292412 |
| COLEMAN, JEFFREY HOWARD | 1834720 |
| COLLANTES-GARCIA, ANNA CRISTINA VALENCIA | 4734109 |
| COLLIN, SAMUEL ROBERT | 4856605 |
| COLLINS, WILLIAM DANIEL | 4859831 |
| CONNELLY, SEAN MARTIN | 5283239 |
| CORRIS, SARA | 4898862 |
| COUTTENYE, ANDREA CAROLINA | 4086575 |
| COYLE, BRIAN J. | 2541829 |
| CRAIN, JULIE JUSTINE | 2654259 |
| CRAWFORD, AUSTIN KEVIN | 2777266 |
| CRAWFORD, RYAN VELASCO | 4572897 |
| CROSS, JEFFREY DAVID | 4345864 |
| CUBBY, DAVID RICHARD | 5012778 |
| CUMMINS, MICHAEL RICHARD | 4397154 |
| DAGUERRE, MATTHIEU | 5061171 |
| DALCORTIVO, KATHLEEN MARY | 5076351 |

**EXHIBIT 1**

-13-                                PM-131-21

| | |
|---|---|
| D'ALESSANDRO, GREGORY PAUL | 4993903 |
| DANIELS, TIMOTHY ARCHER JR. | 5357272 |
| DAY, JAMES BRENDAN | 4865549 |
| DE LANCASTRE VALENTE, MARTIM | 4732178 |
| DE NOAILLY, APOLLINE | 5392501 |
| DE VIENNE, PAOLA | 5150446 |
| DELICATE, ROBERT LOUIS | 4802997 |
| DENNEHY, MUIREANN S. | 4640785 |
| DEVITO, BRIAN | 5235817 |
| DHAR, VILAS S. | 4606182 |
| DIAZ, DAVID | 4385621 |
| DIMICKELE, SUSAN MARIE | 4972543 |
| DING, HUIZHONG | 5351507 |
| DODGE, ANDREA TYLER | 2057396 |
| DONG, YUE | 4974762 |
| DONLON, ROBERT M. | 2268126 |
| DOWNES, PAMELA MARGARET | 4856514 |
| DRAKE, RUSSELL JACKSON | 4481628 |
| DREW, LAUREN KATHRYN | 5054614 |
| DROHOBYCZER, LARISSA | 4950796 |

**EXHIBIT 1**

-14-                              PM-131-21

DU, MENG                                        5321682

DU, YANG                                        5258918

DUAN, XIAOYUAN                                  5230412

DUKE, XERONA GENEVIEVE                          5352836

DUNN, LINDSAY ANNE                              4747622

DUNPHY, GEORGIA BENNETT                         5132543

DURYNSKI, JENNIFER                              2920312

EASTMAN, JAMES LOUIS                            2757888

ECHIVERRI, JUAN CRISOSTOMO MALABANAN  5261474

ECO, KRISTINE                                   5056692

EHRLICH, JEANINE DAWN                           2461689

EKELUND, DAVID JAMES JR                         4718920

ENGLISH, DEREK MICHAEL                          4980710

EPSTEIN, JONATHAN HARRIS                        2782415

ERBE, KATHARINA                                 5269238

ERHARD, JOHN FREDERICK                          4043998

ERICSSON, SETH IRA                             4866323

ERION, GRAHAM CLARE SIEMENS                     5012125

ESMAIL, WALEAD                                  4486809

ESPINOSA, EDGAR FERNANDO                        4373296

**EXHIBIT 1**

-15-                      PM-131-21

ESTEVES, DULCE PAULA                    2773281

EZEH, IHUAKU GERALDINE                  5400833

FAEHNER, KATHLEEN ANN                   5352166

FAGBO, SAYEEDAH MOSUNMOLA               4163168

FAIRCHILD, CHRISTOPHER CLEMENT          3047750

FALCONE, JACQUELINE CLAIRE              4932943

FALK, SCOTT ALAN                        2458230

FAZENDEIRO, RORY ZACK                   3971140

FELDMAN, MICHAEL KEVIN                  3971058

FELL, DONNA MARIE                       2678399

FENNER, BRAXTON FREDDIE                 2391183

FERNANDES, AARON ERIK                   5259775

FERNANDES, SUE-ELLEN CASSIANA           4434312

FERNANDEZ, RONNIE                       4679460

FERRADA, DIEGO WALKER                   4524674

FERRIN, RICHARD PRESTON                 2815470

FIELDS, PAULETTE TITKO                  2141570

FIGULI, JOSHUA DAVID                    4867339

FILIPCIUC, ANDREEA                      4045456

FLAHERTY, ALYSSA ANN                    5361001

**EXHIBIT 1**

-16-                              PM-131-21

FONSECA, PERRY MATTHEW              3070927

FONTAINE, MARGOT                    5240452

FONTANA, OLIVER                     3982188

FORMAN, SALLY JANE                  2115608

FRANK, GLORIA HEIDI                 2035178

FRANK, MARY KRISTEN                 4788394

FRAZIER, STACY ELIZABETH            4568408

FRIEDMAN, JOEL HOWARD               2143154

FU, SILI                           5040225

FU, XIN                            5133731

FU, ZHONGQI                        5377189

GARCIA, KAEFER JESUS               5361027

GARRIDO, ASHLEY CASSEL             4931929

GEIMER, GREGOR JOHANNES            4042206

GEORGE, SAIJU                      5363940

GETLAN, LEAH SCHMULEWITZ           2801868

GIBBONS, YVETTE                    2624427

GIBSON, COLIN DAVID                5120886

GILL, MARY-ANN ELIZABETH           4381570

GINSBERG, KENNETH J.               2687184

**EXHIBIT 1**

-17-                        PM-131-21

GIULIANO, ERIC DANIEL                4896072

GIVNER, JOSHUA KYLE                  4607735

GLOWITZ, DANIEL AARON                4763801

GNALY, LEA INNOCENTE                 4958971

GOLDBERG, ESTHER                     2332906

GOLDENBERG, RINA                     2756484

GONG, WEILIANG                       5288014

GONZALES, MICHAEL ROBERT JR.         5368592

GOODMAN, JONATHAN ROSS               2812196

GORDON, BRYAN BRADY                  4462073

GORDON, JEFFREY AARON                4983342

GOSSET, ANNE-LAURE                   4688289

GOVERE, MAUREEN                      4952792

GRADY, DAVID ALOYSIUS                4346623

GRAMA, BERND PAUL                    4297883

GREENE, KATHERINE A.                 2884906

GROMANN, GLENN ERIC                  2541712

GUERRERO, CRISTINA                   4829438

GUERRERO, LINDSEY BETH               4594644

GUIDETTA, ANGELA MARIA               4581054

**EXHIBIT 1**

-18-                              PM-131-21

| | |
|---|---|
| GUMMI, MANASA REDDY | 5339684 |
| GUZMAN, ASHLEY NICOLE PRATHER | 5134614 |
| GWAK, DONG-YEOL | 2872158 |
| GWALA, MICHAEL ZENZELE | 4872693 |
| HACKETT, ELLEN ANN | 4685871 |
| HAHN, PEARL JINJOO | 5373477 |
| HALL, HANNA MARY | 4205696 |
| HALTIWANGER, NURIA L. | 4453015 |
| HAMEED, AYAZ | 4511861 |
| HAMRA, CYNTHIA ANN | 4293924 |
| HAMRA-KROUHA, MOHAMED | 4397485 |
| HARDAWAY, PATRICIA LOFTON | 2546398 |
| HARDIE, KATIE | 5254388 |
| HARPER, NICHOLAS SKELLY | 4898797 |
| HARRIS, ASHLEY ANASTASIA | 5115597 |
| HARRISON, AMANI SUNDAY | 4089074 |
| HARRISON, COLIN MICHAEL | 5065172 |
| HARTWELL, LAUREN ASHLEY | 5169529 |
| HASHIZUME, BRYCE | 5340096 |
| HAUHART, ROBERT CHARLES | 2135911 |

**EXHIBIT 1**

-19-                    PM-131-21

| | |
|---|---|
| HE, XIAOLIN | 5073465 |
| HEALEY, JESSICA NICOLE | 4715512 |
| HEGEDUS, JOSEPH KENNETH | 1748383 |
| HEINE, TODD MATTHEW | 5290374 |
| HELLMAN, JORDAN ANDREW | 4802781 |
| HENDRICKS, CYNTHIA LEIGH | 4335808 |
| HENDRY, LESLEY ANN | 5126842 |
| HENNEBERG, CORINNE RUBY | 5321948 |
| HENNESSEY, JOANN MARIE | 3033933 |
| HIGGINS, MARK MELLEN | 5389671 |
| HIGGINS, VALERIE JEAN SALERNO | 2597227 |
| HILL, CATHERINE | 2347607 |
| HING, ANGELINA WEI YUEN | 4378824 |
| HINSON, CHAD MICHAEL | 4914602 |
| HIROSAWA, TARO | 5241781 |
| HO, SEONG HO | 5279328 |
| HOFSTETTER, KARL A. | 2260073 |
| HOIDAL, STEN-ERIK | 4336186 |
| HOLTZMAN, MICHAEL STEVEN | 5242227 |
| HONDA, SHOICHI | 2828960 |

**EXHIBIT 1**

-20-                          PM-131-21

| | |
|---|---|
| HORSCH, SARAH ELIZABETH | 5173059 |
| HUA, YUAN | 5051065 |
| HUANG, HSIANG-CHEN | 4870440 |
| HUANG, LEI | 5273743 |
| HUANG, SHANZHE | 4971131 |
| HUANG, TIHUA | 4844635 |
| HUBERT, AGATHE GABRIELLE MARIE | 5046198 |
| HUC, NOEMIE | 5163431 |
| HUGHES, GERARD ANDREW | 4494654 |
| HUITFELDT, ERIK TONNE | 2531051 |
| HUNDLEY, JOYCE BODEN | 1234780 |
| HURVITZ, MARC LESLIE | 2336659 |
| HUSSEY, ALYSON MOLLOY | 2787976 |
| HWANG, JUNO | 4624409 |
| HWANG, MIRAN | 5106729 |
| HYUN, DONGYEOP | 5264577 |
| IBRAHIM, JESSICA MARIA | 5260708 |
| ILARDI, GREGG ANDREW | 4001400 |
| INGALLS, JOHN SUMNER | 1152891 |
| INOUE, HIROKI | 2744498 |

**EXHIBIT 1**

                        -21-                    PM-131-21

JACKSON, JIBRIL HASSAN                4544714

JANG, YOUNG JIN                      4381117

JEN, SHU-CHIN                        5128855

JENNINGS, LEO JOSEPH                 2456457

JEONG, INCHAE                        5059092

JIANG, CHONG                         4957965

JIANG, FEI                           5156260

JIJON ANDRADE, ALEGRIA               5279922

JING, QI                             4937736

JO, DAE HWAN                         4625612

JOHNSON, CHRISTOPHER CHARLES         4787149

JORDAN, WHITNEY JEVOUN               4696894

JOSHI, SEEMA                         4293536

JOYCE, RACHAEL ELLEN                 2879880

JUMA-BHOJANI, SORRAYAH               4089025

JUNG, EUN YOUNG                      4329231

JUNG, KYU CHEOL                      4775243

KAHNG, HYUN-JOONG                    5304332

KALRA, KARAN                         5240635

KANG, HYUN SU                        4390746


**EXHIBIT 1**

-22-                                          PM-131-21

KANG, JIWON                                   5371711

KANOFF, DANIEL R.                             5090451

KARR, ALEXANDER JAMES                         1280403

KASTEN, RYAN BRADLEY                          4770871

KAWAMURA, MASAFUMI                            2818417

KAZANTSEV, MIKHAIL SERGEEVICH                 5351374

KELLING, DAVID HERBERT JR.                    4701405

KELMAN, JONATHAN IRIK                         2780732

KENJEEV, ALEX BAKHYT                          5029921

KENNARD, ALAN LEE                             3007606

KENNEDY, ELIZABETH BARRETT                    4336350

KENNEY, PATRICK WILLIAM                       4559357

KERJEAN, ALEXANDRA                            5078274

KERR, JONATHAN HUGH                           4880787

KHAWAR-BUTT, RABIA                            4264594

KIHARA, MASAHIRO                              2752095

KILLIAN, PATRICIA A.                          2763126

KIM, ANNE JEESOO                              5118617

KIM, DO-HYUNG                                 4186672

KIM, GEEN                                     4947008

**EXHIBIT 1**

-23-                    PM-131-21

KIM, HA NA                          4839569

KIM, HYUN JUNG                      4972006

KIM, HYUNG KYU                      4582292

KIM, HYUNG WON                      5312830

KIM, JENNIFER SUMI                  4677506

KIM, JOON HYOUNG                    5373816

KIM, KYUNGJOO                       4469326

KIM, MIKYOENG                       5332440

KIM, NAM HEE                        5073739

KIM, STEVE JAEOK                    5234745

KIM, SUHO                           4160453

KIM, SUNG YOUL                      2470649

KIM, TAE HUN                        5209861

KIM, THOMAS TAE                     3029642

KIM, WOONBAE                        4472577

KIM, YOUNG HA                       5285010

KINCHY, GERALD ALLAN                2700524

KITSANAYOTHIN, PONGPAT              5236740

KIZEL, PAUL                         1887835

KNAPP, BARTON LAWRENCE              2320463

**EXHIBIT 1**

-24-                            PM-131-21

KOCAK, JASMIN                        5131495

KOENIG, JEFFRY HAL                   2538239

KOLBACH, DANIELLE                    2889087

KOMISAR, HOWARD DEAN                 2299295

KONA, MAANASA                        5115910

KONG, HUANZHI                        5253497

KOO, JOHN H.                         2653673

KOPAN, TOVAH LYNN                    4530036

KOWALSKI, BRIAN PETER                2236461

KUANG, PEIZHU                        5277330

KUJAS, SAMUEL BERNARD                4429924

KUNII, NORIKA                        4964722

KUO, CHEN-CHUN                       4689980

KWAG, SEBOONG                        4510202

KWAK, JUWON                          5293790

KWAN, BERNARD KOK YIEN               5249297

KWON, YOUNG HUHN                     2127009

LAMBA, PRIYA                         5142906

LAMBEK, NADIA CLAIRE SOLWAY          5233176

LAMPING, WILLIAM JAY JR.             4548087

**EXHIBIT 1**

-25-                            PM-131-21

| | |
|---|---|
| LANKAU, CHARLES ARTHUR III | 2842664 |
| LASSO, JULIE ANN | 2964377 |
| LATORRE, YVONNE | 2458008 |
| LATOUR, JANELLE ALEXA | 5152988 |
| LECHARTIER, ANNE GAUGHAN | 2079929 |
| LECLERC, MICHEL JEAN VOJTECH | 5289939 |
| LEDERMAN, JONATHAN LESLIE | 2575116 |
| LEE, B. CHRISTOPHER | 5370218 |
| LEE, CHANG KYOO | 5266531 |
| LEE, CHIEN-TE | 2697910 |
| LEE, DAVID | 5094255 |
| LEE, DONGYOUL | 5288022 |
| LEE, HOSUN | 5272752 |
| LEE, HYUNG SOO | 5287701 |
| LEE, JAE WOONG | 4580312 |
| LEE, JAEHOON | 5275508 |
| LEE, JANG-WOO | 5290499 |
| LEE, JEAN | 5299235 |
| LEE, JILL HYUN | 4349742 |
| LEE, JOU RU | 4068821 |

**EXHIBIT 1**

-26-                        PM-131-21

| | |
|---|---|
| LEE, JULIANNA OPHELIA | 4445987 |
| LEE, JUN HEE | 4918926 |
| LEE, JUNG SUN | 5301718 |
| LEE, KARLINE LOUISA | 4957072 |
| LEE, MARK SANGIL | 2810919 |
| LEE, MYOUNGJIN | 4658258 |
| LEE, SANGMIN | 5185798 |
| LEE, STEVEN TEAK-KIL | 5321062 |
| LEE, SUN HEE | 5276118 |
| LEE-DAVIS, AYANNA M. | 4291373 |
| LEIGH, IRENA ELISABETH | 5113675 |
| LEMKE, THOMAS PAUL | 1885672 |
| LESH, JULIA ERIN | 5162706 |
| LESTER, ZOE RUTH | 5380449 |
| LEVY, ALYCIA S. | 4656633 |
| LEWIS, JENNIFER CASTRO ANDERSON | 4516761 |
| LEWIS, LOUISE HOPE | 2107266 |
| LI, KO-HSIN | 4204244 |
| LI, KUAN-HSIEN | 4226551 |
| LI, MIN | 5267059 |

**EXHIBIT 1**

-27-                    PM-131-21

| | |
|---|---|
| LI, SI | 5054093 |
| LI, XIANG | 5119003 |
| LI, XIANGEN | 5320494 |
| LI, YING | 5374897 |
| LI, ZHI | 5170733 |
| LIM, YONG | 5001169 |
| LIN, BEI | 5175237 |
| LIN, HORNG-DAR | 4617619 |
| LIN, LIXIA | 4550760 |
| LIN, YUNG-SHENG | 5326475 |
| LIU, FANG | 5245626 |
| LIU, YAQI | 5307707 |
| LIU, YUANTIAN | 4966651 |
| LOHEAC, JENNIFER ANN | 4642203 |
| LOK, LEE JIUN | 4832556 |
| LOSIANOVICH, CHRYSTIA | 5142435 |
| LOU, GRACE A. | 3930617 |
| LOY, LISEL | 2721306 |
| LU, DI | 5251111 |
| LU, OU | 5293857 |

**EXHIBIT 1**

-28-                           PM-131-21

LU, YUNGUANG                          5264379

LUBAS, JUSTIN HENRY                   5343504

LUCIDO, VICTORIA ANTOINETTE           5351630

LUKASZYK, JEFFREY DAVID               4636825

LUND, DAVID CARL                      2922045

LUNSFORD, CINDY REBECCA               4419362

LUO, LING                            5374681

LUO, RUI                             5138227

LYLE, DENNIS ALFRED                   5037452

MA, JIN                              4306544

MA, XIANGXIANG                        5275250

MA, YEMING                           5310487

MACLEAN, JASON RYAN                   4712196

MACNAMARA, DARACH JOSEPH              4260931

MACTHOIM, ROS GIOLLA MHUIRE           4301354

MAESTREY, ARNALDO VENERANDO           4422614

MALONE, PETER LOUIS                   4630786

MALONE, SUSAN ANTONIA                 5373709

MALONEY, MICHAEL PATRICK              4777694

MANGANELLO, CHRISTOPHER JON           5066378

**EXHIBIT 1**

-29-                              PM-131-21

MANGINELLO, RALPH PETER                5223136

MANSON, JAMES ANDREW                   4845194

MARASIGAN, RICARDO BRISTAIN            1896547

MARCY, SARA CORBETT                    4556684

MARFOE, JOHN GEORGE                    4436663

MARGULIES, RACHEL BETH                 5181557

MARIN CANO, LUCIA JOSEFA               5197876

MARK, CHRISTINE MECHTHILD BRIGITTE     3950870

MARTIN, ANNE-CHARLOTTE                 5383591

MARTIN, PETER RUPPERT                  2180594

MARTINSEN, CAROL ANNE                  5357603

MASEK, MARK ALAN                       2292076

MATSUKO, NAMI                          2815702

MCCABE, F. BARRY                       5088836

MCCALLISTER, IAN NORMAN                4093894

MCCORMICK, JEFFREY MORRIS              3940947

MCCULLOUGH, WILLIAM J.                 2700623

MCEVOY, PATRICK THOMAS                 5036066

MCGOWAN, SEAN ROBERT                   4680492

MCGOWN, MARGARET ELIZABETH             2322352

**EXHIBIT 1**

-30-                    PM-131-21

MCKINNEY, DIARRA D.                  4643391

MCNARY, MARK DAVID                   1857879

MCPARTLAND LYONS, ANNE MARIE         2048759

MEADOW, JOSHUA                       5077482

MEDINA, JOSE MIGUEL                  5152707

MENG, FANPENG                        5193701

MERRILL, SCOTT C.                    2731776

MEYER, RICHARD STEVEN                3960200

MICHAEL, SIMRET                      5267695

MICHALAKOPOULOS, PETER N.            2038727

MICHAUD, PATRICK ALLEN               3047198

MIELKE, LOUIS FRIEDRICH              2250124

MILLER, MICHELLE CAROLYN             2888204

MIRO, JEFFREY HALE                   2152825

MITCHELL, BETH LEIGH                 3066099

MITCHELL, JAMES EDWARD               5305289

MIYAKE, AKIKO                        4175055

MONTGOMERY, NICHOLAS CLARK           2962835

MOORE, ASHE DAMIEN                   4621850

MORITA, KEIICHI                      3985652

**EXHIBIT 1**

-31-                        PM-131-21

MORRIS, KEVIN MICHAEL              3046737

MORRIS, SALLY R.                   5387758

MORRISSEY, CHERYL ANNE             2402212

MOSKOWITZ, MELODY                  1872308

MOTIWALA, SUMMER                   5283007

MU, RONGRONG                       4636312

MUCHYOVA, JANA                     3995289

MULLA, SIMONE ADIL                 5265830

MULLEN, JAMES FRANCIS              2256519

MULLIN, LISA ANN                   3062833

MULLINS, EMMA LOUISE FRANCES       5272281

MUNNELLY, KENNETH J.               1964949

MUNRO, DAVID GEORGE                4154910

MURRAY, KAREN A.                   2219723

MYSLINSKA, DAGMAR RITA             4272878

NAGARAJ, UMA                       2927390

NAGAYAMA, RENA                     4511390

NAGLE, PERRY JAMES                 2459477

NAMEKATA, KUNIO                    2699270

NAMPIJJA, SOPHIA SENYONDO          5268081

**EXHIBIT 1**

-32-                              PM-131-21

NELSON, ANDREW SPENCER           5246905

NELSON, BRYAN MATTHEW            5224654

NETTO, SUNITA CARMEL             5300785

NEWMAN, MATTHEW JOSHUA           5288741

NG, YUIH EIN                     4447322

NIKOLIC, DARIO                   4077582

NING, FEIFEI                     5291422

NISHIO, SHINJIRO                 4677464

NORRIS, MAUREEN O'NEILL          3026762

NORTHY, ABRAHAM                  5083308

NUCCI, GEORGIA FLORENCE          2794816

OFEK, TIDHAR                     5145131

OKAMORI, AYUKO                   5220694

OKESANYA, AYOTUNDE O.            2917755

O'LEARY, PHILIP PATRICK          4884631

OLLIS, ROBERT WALTER JR.         4440103

O'MOLESKY, GREGORY MARK          4244513

ONORATO, STEPHANIE ANDREA        3029303

OROURKE, KEVIN GERARD            1093848

OSTERTAG, OLIVER                 5355458

**EXHIBIT 1**

-33-                        PM-131-21

| | |
|---|---|
| OUMELLAL, SABRINA SANDRINE | 4512877 |
| OWENS, GAIL MARY | 4833653 |
| PADA, ANDRES | 2818375 |
| PAICH, MICHAEL BRIAN | 4944294 |
| PALADINETTI, MARY ELIZABETH GODFREY | 4788428 |
| PAN, WEN | 4601084 |
| PANIAGUA DE APONTE, SARA RAQUEL | 4949814 |
| PAPPS, AARON JACOB | 3954781 |
| PARK, CHANIK | 4855680 |
| PARK, HEEJAE | 4857454 |
| PARK, JUNGWOO | 5217401 |
| PARK, MIN WOO | 4321360 |
| PARK, SUNG DUCK | 4516290 |
| PARKER, RHONDA B. | 2037018 |
| PATEL, TEJAL VASUDEV | 4969945 |
| PATTERSON, SHANELLE CHANTE | 5142989 |
| PEIMANI, JUSTIN KOUROSH | 5367388 |
| PELED, DAPHNA | 2911741 |
| PELIGRI, ROSE A. | 2319358 |
| PEREIRA, PAULO JOSE SILVERIO | 5375365 |

**EXHIBIT 1**

-34-                          PM-131-21

PEREZ-LOPEZ, THOMAS WILLIAM             5163563

PERSON, JOHN C.                         1881879

PIERWOLA, MILOSZ                        5092101

PIKALOVA, SVETLANA ALEXANDRA            5361456

PISCOPO, LOUIS MICHAEL                  2598456

PLANT, ERIC RYAN                        4345534

PLAYBELL, VARNAVAS                      4922548

PORTNER, KENNETH M                      4346367

PULLEN, MICHAEL RHODES                  3006962

QASEM, MAALI MAJIED                     4244190

QIAO, SHANSHAN                          5082292

QIAO, SHITONG                           5161716

QIAO, ZHI                               5276167

QIU, WENXIONG                           5127667

QUIGLEY, KRISTEN QUINN                  5009717

QUINN, EDEL MARIE                       4846101

QUINN, JOHN FRANCIS                     5151790

RAGSDALE, RONALD EARL                   2209658

RAIMONDI, CAROLINA BOECHAT LOPES        4335998

RAKOVE, HELEN SCHARF                    1463249

**EXHIBIT 1**

-35-                                    PM-131-21

RAMBHIA, ARUN JETHALAL              4965786

RANDALL, JOHN THOMAS                5397641

RAO, SIMANA BASU                    4967634

RAPETSKI, RALPH JOSEPH              2072817

RATLIFF, SUELLEN                    3069523

RAYCROFT, KELSEY ROSE               5347802

REICHEL, MARK CHRISTOPHER           4152401

REN, WA                             4968533

RENZULLI, RYAN VINCENT              4318747

RHEINGOLD, ARTHUR DAVID             1553577

RICHARDSON, HETTY LAWRENCE          2293629

RODRIGUEZ, ANDRES ERNESTO           5379052

RODRIGUEZ, JOSEPH RYAN              4492500

ROE, KEVIN WILLIAM                  5106463

ROGGEVEEN, DIRK GARDINER            2112100

ROSENBERG, MATTHEW JACOB            5262514

ROSENTHAL, DAVID L.                 4906905

ROSS, SUSAN L.                      1696970

ROTHMAN, IVAN                       2847168

ROZENBLIT, LEONID G.                2879898

**EXHIBIT 1**

-36-                              PM-131-21

RYU, KWANG HOO                         5342530

SADER, NADA ALICE                      4606133

SADOWSKI, KAROLYN RACHEL               4643722

SAMPA, EDWARD                          5274261

SANDLER, KELLY ANNE                    4853412

SANTILLI, ROSELLA                      4128849

SANTOS, ARABELYS                       5266911

SARONA, JAZZIE MATELA                  5285028

SATO, HIROYUKI                         5246426

SAULEN, MARTIN JOSEPH                  4890950

SBARDELLINI COSSI, BRUNO               5057468

SCALLY, JEAN MARIA                     4521894

SCARBOROUGH, JAY ROSS                  2150951

SCARDUZIO, DANIELLE                    5146618

SCARTON, AMY MARIE                     4251567

SCHASSLER, STEVEN G.                   2802833

SCHOEN, NEAL WILLIAM                   1350131

SCHOFIELD, IVAN ROBERT                 4399879

SCOTT, JASON H.                        3009784

SHAH, HARSHAL RAJESH                   5290507

**EXHIBIT 1**

-37-                              PM-131-21

SHAH, SHIBANI GAURANG                4862090

SHALAKANY, AMR AHMED                 2996460

SHANNON, BROOKE A.                   2974491

SHANNON, KEVIN PATRICK               4730479

SHAW, HOLLY CHRISTINE                4929238

SHAW, RONALD R.                      1382951

SHENN, PATRICE ANN                   1551084

SHIBAYAMA, KEIKO                     5251772

SHIIYA, KAZUYUKI                     5058797

SHIN, CATHERINE SUNAE                4091294

SHIN, EUNGYOUNG                      3991585

SHIRAI, MASAKAZU                     4532362

SHON, BINHEE                         5362181

SHUTKIN, WILLIAM ANDREW              2464832

SIDDIQUI, MEHNAZ                     4598298

SIEMERS, LAURA DIANE                 2962629

SIEMINSKI, AMY                       5351788

SILVERTHORN, MARK ANTHONY            2832103

SIM, HYUNGNYUN                       4905741

SIMKIN, ARSHIA                       5367834

**EXHIBIT 1**

-38-                    PM-131-21

SIMMONS, GRAHAM DELANO SINCLAIR         2833705

SIMON, BRIAN DAVID                      2573137

SLOCUM, STEPHEN J.                      5144282

SMALL, ALICE K.                         2321610

SMITH, ANDREW DAVID MORANT              5350970

SMITH, CARRIE BARBRA                    4372231

SMITH, DANIEL GARRETT                   4592242

SMITH, DAVID R.                         1895002

SMITH, PETER JOHN                       2490373

SMITH, RENEE SHANTEL                    5261151

SMURSZ, ZVI                             5260542

SNEIRSON, MARILYN GOLDFARB              2299451

SNYDER, KEVIN JOHN                      2822781

SOK, KHAVAN                             4724977

SOMER, JENNIFER SARA                    4814687

SON, JIYOUN                             4665972

SON, MARCO                              5036652

SONG, JIN HO                            5371810

SOYKA, JENNIFER MCKENNA                 3983350

SPETH, ELIZABETH KENNETT                4452868

**EXHIBIT 1**

-39-                    PM-131-21

SRIVASTAVA, RITU                    4600441

STAIRS, ELIZABETH ANNE              2747947

STAMKOS, MELISSA ANN               4915674

STEELE, DANIELLE LEE               5219266

STEIN-KAEMPFE, JACQUELINE           4227542

STELLATO, PATRICK MICHAEL           1801299

STEWART, JAMES EDWARD               5006531

STEWART, KENYATTA KESHAWN           4734984

STEWART, SARA B.                   1947365

STIPPL, CHRISTOPHER                2801553

STOCKMAN, MICHAEL MURRAY            4960563

STONER, ANGELA ELIZABETH            4665477

STRANIERI, VALERIE ELLEN           5371539

SUAREZ ANZORENA, CARLOS IGNACIO     4990750

SUDOL, WALTER EDWARD               2006914

SUGIHARA, ERI                      5235148

SULLIVAN, SUSAN LISA               2495430

SUMAS, JOHN JAMES                  4395307

SUN, YI                            4600714

SUN, YUE                           5164785

**EXHIBIT 1**

-40-                           PM-131-21

| | |
|---|---|
| SWIFT, CHRISTOPHER MADISON | 4781670 |
| TAINAKA, KATSUYUKI | 5247804 |
| TAKANO, DAIJIRO | 5334438 |
| TAMURA, KYOKO | 5320007 |
| TAN, SIYU JOLENE | 4427746 |
| TANG, JUN-MIN | 4297305 |
| TANG, YUE TAN DAVID | 4352126 |
| TEER, RICHARD JOSEPH | 2839769 |
| TESTA, ANDREA PATRICIA | 3047081 |
| THARPE, LISA L. | 4881520 |
| THOMPSON, STEPHEN DAVID | 5102835 |
| TILLEMAN, BERNARD HENRI | 2341402 |
| TILLMANN, JACQUELINE LEWIS | 2618288 |
| TOKUJIYA, KEIJI | 5065339 |
| TONG, JIE | 5183066 |
| TORRES-BAGATSING, MARY ALLEN | 4076592 |
| TSAI, NICHOLAS FOSTER | 5375647 |
| TULIN, PETER ALEXANDER | 1403468 |
| ULLMAN, REBECCA HAYES | 4972170 |
| URABE, TAKUJIRO | 4603999 |

**EXHIBIT 1**

-41-                            PM-131-21

| | |
|---|---|
| VAN TUYLL VAN SEROOSKERKEN, REINOUT FREDERIK | 4830543 |
| VANTSIOURI, PETROULA | 4794194 |
| VARGAS, ARIVEE NATALIE | 5074307 |
| VASCONSELLOS, CARLOS EDUARDO | 4970257 |
| VOGEL, DIANE LISA | 2448462 |
| VON BERGHES, JOCHEN | 4586244 |
| WADE, ELIZABETH ANN | 2732501 |
| WAHI, SIDDHARTH | 4153706 |
| WAKATSUKI, EMI | 4643672 |
| WALL, MICHELLE | 2173193 |
| WALSH, THOMAS PATRICK | 2251320 |
| WAN, SHANG | 5356977 |
| WANG, CHENYE | 5286653 |
| WANG, CHU | 5232657 |
| WANG, QINGJIE | 3928942 |
| WANG, SHANSHAN | 5195706 |
| WANG, SHI YUAN | 5289921 |
| WANG, SHUJING | 5229976 |
| WANG, SHUYIN | 4556437 |

**EXHIBIT 1**

-42-                         PM-131-21

WANG, XIAOLIN                    3018629

WANG, YI                        5143177

WANG, YIN-CHIN                  4505566

WARING, PATRICK JAMES SMITH      2890093

WASSEL, LYNN SUSAN              5056759

WEBBER, AUSTIN LIDSTONE         4860391

WEHNER, RYAN ANTHONY            5266002

WEINL, MARKUS CHRISTIAN         2432896

WEINSTEIN, DANIELLE BROOKE      4956157

WELLS, KEVIN JOHN               4752093

WHELAN, KATHLEEN                1276856

WILLIAMS, MARK EDWARD           2256287

WILLIFORD, JAMES CARLO          4160230

WILLNER, MICHAEL J.             1991041

WILSON, BRIDGET MARY            4571980

WINN, PATRICK MATTHEW           5336359

WONG, LISA LIJU                 3982329

WOOD, CANBY BIDDLE              4795183

WOODWARD, ALEXA LEIGH           5007281

WRIGHT, ASHLEY NICOLE           5204920

**EXHIBIT 1**

-43-                              PM-131-21

WU, MIN                                4531059

WU, SHUYE                              5155510

WU, SI                                 4890588

WU, SOPHIE MARINA JUNE                 4431300

XIA, YU                                5183389

XIANG, WEI                             5255344

XU, ZHENGJIE                           5074786

YALIM, HASAN TUVAN                     4347399

YANG, JINWOOK                          4944005

YANG, MUN SIG                          4963229

YANG, QIAOWEN                          5283346

YEO, CATHERINE JUNGHYUN                5300033

YI, SOONG KI                           4686606

YIMER, ASEGED                          4290169

YOU, RU                                5334545

YU, JIN YOUNG                          4721007

YUCHT, DAVID                           2208940

YUDIN, MICHAEL KEITH                   2501021

YUILLE, LUA KAMAL                      4379210

ZANETOS, IRENE                         3898657

**EXHIBIT 1**

-44-                              PM-131-21

ZBOROVSKI, SARA CARLI            4048583

ZENG, YONGGANG                   4580650

ZHANG, XIAOYU                    5323886

ZHANG, XUEHUI CASSIE             5036165

ZHANG, YANG                      5283528

ZHENG, LIANG                     4934378

ZHENG, XIAO                      5161229

ZHOU, HAIYAN                     5351796

ZHOU, LIN                        5328547

ZHU, XIAO                        5307335

ZHUANG, TIANTIAN                 5161195

ZHUO, WENZHAO                    4980421

ZIMMERMANN, MICHAL               4739181

ZITOMER, BURTON                  1824242

ZOCHOWSKI, KIRSTEN A.            4077327

ZOHN, EDWARD JAY                 2764991

ZOU, QING                        4961942

ZOU, ZHIQING                     5055637


**EXHIBIT 1**

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

---------------------------------------------------------------------

In the Matter of Attorneys Who Are in          :
Violation of Judiciary Law Section 468-a.       :          NOTICE OF MOTION
                                                :          FOR REINSTATEMENT
RE: Xiolin Wang                                 :
                                                :
RS#: 3018629                                    :
                                                :
                                                :
                                                :

---------------------------------------------------------------------

PLEASE TAKE NOTICE, that upon the annexed affidavit of Xiolin Wang Esq., sworn to

on the 31st day of May 2023, the undersigned will move this court at a term thereof to be held at

the Appellate Division Courthouse located at 27 Madison Avenue, New York, New York 10010,

on the 26th day of June, 2023, at 10:00 a.m., for an Order of Reinstatement from the suspension

of movant from the practice of law for violation of Judiciary Law Section 468-a, and for such other

and further relief as may be just and proper.

Dated: 6/6/2023                                 Xiolin Wang

Lexington, Kentucky                             2101 Brevard Ct.

                                                Lexington, KY 40513

                                                202-676-6189

To: Departmental Disciplinary Committee
Supreme Court, Appellate Division
First Judicial Department
61 Broadway
New York, NY 10006
(212) 401-0800

Exhibit 2

Supreme Court of the State of New York

Appellate Division: Third Judicial Department

### AFFIIDAVIT IN SUPPORT OF REINSTATEMENT TO THE BAR AFTER VOLUNTARY RESIGNATION

State of New York                )

County of _____ ) ss.:

Xiolin Wang, being duly sworn, deposes and says that:

1. I hereby apply, pursuant to Judiciary Law § 90 and 22 NYCRR 691.11, for reinstatement as an attorney and counselor-at-law licensed to practice in all of the courts of that State of New York.

2. My full name is Xiolin Wang. The name under which I was admitted to the practice of law is Xiolin Wang. My name was changed on the Roll of Attorneys and Counselors-at-Law to _____ by reason of (marriage, divorce or annulment, or a court order legally changing the movant's name). I have also been known by the following names: Charlie Wang

3. I was born on July 8, 1966 in Changsha, Huanan, China.

4. I currently reside at 2101 Brevard Ct, Lexington, KY 40513-1840.

5. The telephone numbers at which I can be contacted are:

   Home _____

   Work _____

   Mobile 202-676-6189

6. The e-mail address at which I can be contacted is wangxcharlie@gmail.com.

Exhibit 2

7. I was admitted to the New York State Bar on January 25, 2000 in the Third Judicial Department.

8. By decision and order of this court dated (date), my voluntary resignation from the Bar of this State was accepted by the court.
A copy of the decision and order accepting my voluntary resignation is attached as exhibit A hereto.

9. I have also been admitted to practice in the following jurisdiction: D.C. Certificates of Good Standing, issued within the 30 days preceding the execution of this affidavit (or affirmation are attached as exhibit hereto.

10. Since the effective date of my resignation, I have been the subject of complaints of professional misconduct or of professional discipline in the following other jurisdictions (state the jurisdiction, the date, the nature of the complaint or the discipline imposed, and whether or not you are now in good standing in such jurisdiction):

11. Since the effective date of my resignation, I have been arrested, charged with, indicted, convicted, tried, and/or entered a plea of guilty to the following felonies, misdemeanors, violations, and/or traffic infractions (state the court, the offense charged, and date and nature of disposition):

12. Since the effective date of my resignation, I have suffered from or have been treated for a mental or emotional disorder, alcoholism and/or substance abuse or dependency (state the date or dates of each instance, the name of any health professional or institution consulted or affording treatment, and the circumstances):

13. Since the effective date of my resignation, I have complied with the requirements of 22 NYCRR 691.11-a(c)(4) by successfully completing one credit hour of continuing legal

Exhibit 2

~~education (CLE) accredited in accordance with 22 NYCRR Part 1500 for each month since the date of the order of this court accepting the resignation and removing my name from the roll of attorneys, up to a maximum of twenty-four credits. Certificates attesting to my completion of the required CLE are attached as exhibit_____ hereto.~~ I stopped practicing law after moving overseas and was exempted from CLE requirements as I did not practice law in New York.

14. Within the 30 days preceding the execution of this affidavit (affirmation), I have read the rules set forth in 22 NYCRR Part 1200 of the joint rules of the Appellate Divisions and I have read 22 NYCRR Part 691 of the rules of this court. I am familiar with the provisions of the Rules of Professional Conduct. If reinstated to the practice of law, I will conform my conduct to those rules.

15. I understand that the court may take such investigative steps as it deems appropriate to evaluate my character and fitness for reinstatement to the Bar. I will fully cooperate with any request for additional information and make myself available to answer questions under oath or affirmation, as required.

WHEREFORE, I request that the court grant this application for my reinstatement as an attorney and counselor-at-law licensed to practice in all of the courts of the State of New York.

Dated: (city or town, state)

May 31, 2023

Subscribed to and sworn to before me this 31st day of May, 2023.

Exhibit 2

Adam Agoub
Notary ID: KYNP58997
Fayette County, Kentucky
Exp: September 15, 2026

Notary Public

Exhibit 2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Xiaolin Wang

*was duly qualified and admitted on December 2, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 31, 2023.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

**EXHIBIT**

Exhibit 2



**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

May 23, 2023

# RECEIPT

**Attorney Registration #:** 3018629
**Batch #:** Online
**Process Date:** 05/23/2023
**Receipt #:** 203927
**Credit Card Ending In:** 1008
**Registration Fee Transaction #:**
230523C19-DD7814A4-C814-4DD0-8C54-C954C0EBAA5C
**Authorization Code:** 245012
**Non-Refundable Service Fee:** $44.85
**Service Fee Transaction #:**
230523C19-9AAADC17-F7E5-4FFA-9552-CCCD3A4B1BFA
**Service Fee Auth. Code:** 248858
**Next Registration:** Jul 2024
**Registration Status:** Suspended

XIAOLIN WANG
2101 BREVARD CT
LEXINGTON, KY 40513-1840

This will acknowledge receipt of your 2016-2017, 2018-2019, 2020-2021, 2022-2023 registration as an attorney and receipt of the $1500 fee.

**Name:** XIAOLIN WANG
First:    XIAOLIN
Middle:
Last:    WANG
Suffix:

**DOB:** XX/XX/1966

**SSN:** XXX-XX-3664
AN EXPLANATION OF WHY SOCIAL SECURITY NUMBERS ARE REQUIRED AS PART OF THIS APPLICATION MAY BE FOUND AT: http://ww2.nycourts.gov/attorneys/registration/index.shtml

**Admission Data:**

Year Admitted                2000
Judicial Dept. of Admission:    3

**Law School:**    Duke University School of Law

**Business Address:**

Saleen Motors Int'l
1361 Hardison Ln
McLean, VA 22102-2241

**Home Address:** (Note: Is public information ONLY if no business is provided.)

2101 Brevard CT
Lexington, KY 40513-1840

**Business County:**

**Business Phone:**    (202) 676-6189

**e-mail** (optional):    wangxcharlie@gmail.com
Note: If provided, the e-mail address will be made public.

**Home County:**

<u>Our records contain information above, return only if changes to the above are required and retain a copy for your records.</u>

Please review the above information on this receipt for accuracy. The Rules of the Chief Administrator require that this office be notified of any changes in the above information within 30 days of any such change. If changes are required you may make them online.

&#164; **Online**  1) Go to www.nycourts.gov and Attorney Online Services 2) Make desired changes 3) Print a corrected receipt.
- OR -
&#164; **By Mail** 1) Circle the item 2) Enter the correct information directly on the receipt 3) Sign and date the receipt 4) Return to the address at the bottom of the receipt.

Signature: _____        Date: _____

**Child Support Oblig. §3-503:** No obligation
**CLE:** Certified as Exempt, Certified as Exempt, Certified as Exempt, Certified as Exempt

**Part 1200 (1.15) Affirmation:** No

**Pro Bono Reported:**    Yes

ADDRESS: P.O. BOX 2806 CHURCH STREET STATION, NEW YORK, NY 10008
PHONE: (212) 428-2800 &#164; EMAIL: NYATTY@NYCOURTS.GOV &#164; WEBSITE: www.nycourts.gov



EXHIBIT

A

Exhibit 2

**NEW YORK STATE**
Unified Court System

# RECEIPT

Page 1 of 2

OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

**Attorney Registration #:** 3018629    **Batch #:** Online    **Process Date:** 05/18/2026    **Receipt #:**683925
**Name:** XIAOLIN WANG

**Biennial Period(s):** 2026-2027

**This will acknowledge receipt of your 2026-2027 registration as an attorney and receipt of the $375 fee.**

**Name:**
First:    XIAOLIN
Middle:
Last:    WANG
**DOB:** XX/XX/1966
**SSN:** XXX-XX-3664
AN EXPLANATION OF WHY SOCIAL SECURITY NUMBERS ARE
REQUIRED AS PART OF THIS APPLICATION MAY BE FOUND AT:
http://ww2.nycourts.gov/attorneys/registration/index.shtml
**Admission Data:**
Year Admitted:           2000
Judicial Dept. of Admission:  3

**eSignature Verification Date:** 05/18/2026
**eCheck Account Ending In:** 5918
**Registration Fee Transaction #:**
180526O17-1EE55B44-3441-495E-AA5C-B085190E68E9
**Authorization Code:** 523837
**Non-Refundable Service Fee:** $1.00
**Next Registration:** Jul 2028
**Registration Status:**
Suspended, currently registered

**Enrolled in Attorney Emeritus Program:** Yes

## PERSONAL INFORMATION:

The Rules of the Chief Administrator require that this office be notified of any changes in the **BELOW** information within 30 days of any such change. If changes are required: 1) Go to www.nycourts.gov and Attorney Online Services 2) Make desired changes 3) Print a corrected receipt.

**Law School:** Duke University School of Law
**Business Address:**
MAHDAVI BACON HALFHILL AND YOUNG
11350 RANDOM HILLS RD STE 700
FAIRFAX, VA 22030-6044

**Business County:**
**Business Phone:**  (703) 352-1300
**e-mail**  (optional):  Cwang@mbhylaw.com
      Note: If provided, the e-mail address will be made public.
**Home Address:** (Note: The Home Address is public information ONLY if no business is provided.)
1361 HARDISON LN
MCLEAN, VA 22102-2241

**Home County:**

Exhibit 3

**NEW YORK STATE**
Unified Court System

# RECEIPT

Page 2 of 2

OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

**Attorney Registration #:** 3018629    **Batch #:** Online    **Process Date:** 05/18/2026    **Receipt #:** 683925
**Name:** XIAOLIN WANG

**Biennial Period(s):** 2026-2027

## OTHER REPORTS & CERTIFICATIONS:

Please review the **BELOW** information on this receipt for accuracy. If changes are required: 1) Circle the item 2) Enter the correct information directly on the receipt 3) SIGN and date the receipt 4) Return via email as a PDF to ATTYREG@NYCOURTS.GOV

**Mandatory Continuing Legal Education (22 NYCRR §1500):**
2026-2027 Certified as Exempt
**Compliance With Child Support Obligations (Gen. Oblig. L. §3-503):**
No obligation

**Affirmation Of Compliance With Part 1200 (Rule 1.15) :**
Affirmation Signature: Yes


**ADMISSION TO PRACTICE LAW IN OTHER JURISDICTIONS AND DISCIPLINE REPORT**

**Only Admitted in NY:** No

**Bar Admissions in other US States or Territories:**
District of Columbia

**US Federal Courts Admissions:** None

**Bar Admissions in Countries/Courts outside of US:** None

**Certified if Currently in Good Standing in Every Reported Jurisdictions:** I Am


**Ever the subject of discipline in any jurisdiction where admitted, other than NY:**  No


Signature: _____    Date: _____

Exhibit 3

**MAKE CHECKS PAYABLE TO:**

PROFESSIONAL AMBULANCE AND OXYGEN SERVICE
PO BOX 849505
BOSTON MA 02284-9505
RETURN SERVICE REQUESTED

Online Bill Pay: https://pay.patientportal.me/PROEMS
To Pay Your Bill By Phone: 877-257-7835
Email For Patient Questions: Billing@ProEMS.com
Billing Phone Number for Patient Questions: 617-492-8484

Stmt ID#: 1667801798

21566-15

XIAOLIN WANG
47 BAKERS HILL RD
WESTON MA 02493-1760

0001 002237

| IF PAYING BY VISA, MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW | | |
|---|---|---|
| CARD NUMBER | VISA   MASTERCARD   AMER. EXP. | EXP. DATE   AMOUNT |
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD |
| CARDHOLDERS NAME: | | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 01/02/2026 | $2692.00 | 25-403086 |

SHOW AMOUNT PAID HERE  $

**REMIT TO:**

PROFESSIONAL AMBULANCE AND OXYGEN SERVICE
PO BOX 849505
BOSTON MA 02284-9505

☐ Please check box if above address is incorrect and indicate change(s) on reverse side.

**INVOICE**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date Of Service | Description of Charge | | Qty. | Unit Price | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | A0427 | ALS1 EMERGENCY | 1 | 2,405.00 | 2,405.00 |
| 09/05/2025 | A0425 | AMBULANCE MILEAGE | 7 | 41.00 | 287.00 |

| Description of Payment | Receipt | Payment Date | Amount |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **Patient Name:** | XIAOLIN WANG | |
| **Primary Payer:** | CIGNA GLOBAL HEALTH BENEFIT | 86007948901 |
| **Secondary Payer:** | Bill Patient | |
| **Current Payer:** | Bill Patient | |
| **Due Date:** | 01/23/2026 | |

| Please Pay This Amount |
|---|
| 2,692.00 |

You have an outstanding balance on your account. We kindly ask that you remit payment or contact us at your earliest convenience. If you have any questions or concerns, please do not hesitate to reach out to our billing office at (617) 492-8484.

| | |
|---|---|
| Over 30 Days: | 2,692.00 |
| Over 60 Days: | 0.00 |
| Over 90 Days: | 0.00 |
| Over 120 Days: | 0.00 |
| Total Gross Charges: | 2,692.00 |
| Total Other Credits: | 0.00 |
| Total Contractual Allowances: | .00 |
| Total Payments: | .00 |

1 of 1

**EXHIBIT 4**

21566-15    -27355372

PAF-209-A-0



# Mass General Brigham

Undeliverable Mail Only
PO Box 2090
Morrisville NC 27560

******************AUTO**ALL FOR AADC 021
2171  1 AB 0.641

XIAOLIN WANG
47 BAKERS HILL RD
WESTON MA 02493-1760

### What you owe now

## $350.00

**Due Upon Receipt**

## Ways to pay

1. Visit www.patientgateway.org.

2. Send in your check along with the payment coupon below. Please include full billing account number on check.

3. Call customer service:
   617-726-3884
   8 a.m.-4:30 p.m.  M, T ,W, F
   9 a.m.-4:30 p.m.  Th

   Por favor llama:
   617-726-3884
   8 a.m.-4:30 p.m.  Lu, Ma, Mi, Vi
   9 a.m.-4:30 p.m.  Ju

## Services provided by:

Massachusetts General Hospital
Brigham and Women's Hospital
Brigham and Women's Faulkner Hospital
Cooley Dickinson Hospital
Martha's Vineyard Hospital
Mass Eye and Ear
Mass General Brigham Community Physicians
Mass General Brigham Healthcare at Home
Mass General Brigham Medical Group
Mass General Brigham Urgent Care

McLean Hospital
Nantucket Cottage Hospital
Newton-Wellesley Hospital
North Shore Physicians Group
Salem Hospital
Spaulding Rehabilitation
Wentworth-Douglass Hospital

Thank you for choosing Mass General Brigham.
Learn more at **www.MassGeneralBrigham.org**



**Scan to pay or enroll:**

Sign up for Mass General Brigham Patient Gateway to communicate with your doctor, view test results, schedule appointments, renew prescriptions, view and pay bills - even participate in research.

Admit Date: 9/5/2025 -- Discharge Date: 9/7/2025    Newton Wellesley Hospital    An, Perry G, MD

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ADJUSTMENTS | PATIENT RESPONSIBILITY |
|------|-------------|---------|----------------------|------------------------|
| 9/5/2025 | CT Scan/Head - Hospital | $9,495.00 | | |
| 9/5/2025 | Diagnostic Radiology- Hospital | $280.00 | | |
| 9/5/2025 | EKG/ECG- Hospital | $218.00 | | |
| 9/5/2025 | Emergency Visit- Hospital | $4,240.00 | | |
| 9/5/2025 | Lab Services- Hospital | $884.00 | | |
| 9/5/2025 | Observation Services - Hospital | $4,978.00 | | |
| 9/5/2025 | Pharmacy | $110.40 | | |
| 9/5/2025 | Physical Therapy | $1,150.00 | | |
| 1/8/2026 | Contractual Adjustment - Blue Cross Blue Shield | | -$0.82 | |
| 3/4/2026 | Insurance Payment - Blue Cross Blue Shield | | -$7,068.00 | |
| 3/4/2026 | Contractual Adjustment - Blue Cross Blue Shield | | -$13,936.58 | |
| | Service Total | $21,355.40 | -$21,005.40 | $350.00 |

Here's a reminder of your open balance, your insurer has determined the balance is your responsibility. Please contact your insurer with questions about the balance or call us to discuss payment options.

**PATIENT RESPONSIBILITY** — $350.00

# Mass General Brigham

**EXHIBIT 4**

| | Responsible Party | Account Number |
|---|---|---|
| | Xiaolin Wang | 92619369 |
| | Amount Due | Amount Enclosed |

## AFFIDAVIT OF CHAO CONG

Under penalty of perjury under the laws of Colorado, I, Chao Cong, the undersigned affiant, swear or affirm that:

1. My name is Chao Cong. I am Xiaolin Wang's wife. I am a federal employee working for the Department of Homeland Security and I fully understand that I am making sworn statements under oath.

2. On or about June 12, 2025, I typed a motion to be filed in a court in Colorado for my husband.

3. During this period, my husband experienced dizziness and headache while reading or watching, mobile phone, computer or TV screens. He also suffered occasional short term memory loss. I performed most of typing for him for business documents; while he used voice-to-text software for his casual texting.

4. His symptoms worsened during the summer of 2025. In September he fell into unconsciousness and I called an ambulance to take him to an emergence room of a local hospital.

5. After extensive lab tests, he was diagnosed of viral infection induced vestibular neuritis.

6. He has been under daily therapeutic exercise after he was discharge from the hospital to this date.

I declare under penalty of perjury under the law of Colorado that the foregoing Affidavit is true and correct, signed by Chao Cong this 19th day of May, 2026.


NAME OF AFFIANT: Chao Cong


SIGNATURE OF AFFIANT: _Chaolong_


Acknowledged, subscribed and sworn to before me this 19 day of May, 20 26 in the Commonwealth of Massachusetts, County of Middlesex.


NOTARY PUBLIC
(My commission expires: Sept 3, 2032)

CHRISTOPHER JOHN MERCIER
Notary Public, Commonwealth of Massachusetts
My Commission Expires September 3, 2032


**EXHIBIT 5**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Xiaolin Wang*

*was duly qualified and admitted on December 2, 2002 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 13, 2026.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

**EXHIBIT 6**