UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Julia Ya Zhao, Frederick Hausheer, Hongran Stone, individually and on behalf of all others similarly situated | ) ) ) ) | |
| Plaintiffs | ) | |
| v. | ) ) | |
| USA FENCING ASSOCIATION a Colorado Corporation | ) ) ) | Civil Case No.: 4:25-cv-00931-O |
| and | ) ) ) | |
| Donald Alperstein, David Arias, Phil Andrews, Damien Lehfeldt, Lauryn Deluca, Kat Holmes, individually | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFFS

Plaintiffs Julia Ya Zhao, Frederick Hausheer, and Hongran Stone, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), files this Motion for Withdrawal of Counsel for Plaintiffs and respectfully requests that Charles Xiaolin Wang, attorney of Mahdavi, Bacon, Halfhill & Young, PLLC, be permitted to withdraw as counsel of record for Plaintiffs in the above-captioned matter. Mr. Wang is withdrawing to correct the record of an inaccurate statement regarding his New York bar suspension in his Application for Admission *Pro Hac Vice* (Dkt. No. 8) filed with the Court in this action. He has proffered a declaration correcting the statement, which is attached hereto as Exhibit A. Plaintiffs are currently represented by James T Bacon of Mahdavi Bacon Halfhill & Young PC, 11350 Random Hills Road Suite 700, Fairfax, VA 22030 and local counsel Timothy T. Wang of Ni Wang & Massand PLLC,

1

8140 Walnut Hill Lane, Suite 615, Dallas, Texas 75231. No other changes are requested at this time regarding the other attorneys acting as Plaintiffs' counsel of record.

Plaintiffs' counsel reached out to Defendants' counsel regarding the motion on the morning of June 16, 2026. Defendants' counsel later indicated that Defendants oppose this motion and filed a motion to request judicial notice of facts and public records of certain documents relate to the same statement in Mr. Wang's *Pro Hac Vice* admission in a related case at the District Court for the District of Colorado.

DATED: June 17, 2026                                Respectfully submitted,

<u>*/s/ Timothy T. Wang*</u>
Timothy T. Wang
TX Bar #：24067927
twang@nilawfirm.com
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln
Suite 615
Dallas, TX 75231
(972) 331-4600

Charles Xiaolin Wang (admitted pro hac vice)
DC Bar #：470265
cwang@mbhylaw.com
**Mahdavi, Bacon, Halfhill & Young, PLLC**
11350 Random Hills Rd.
Suite 700
Fairfax, Virginia 22030
(703) 420-7620

James T. Bacon (admitted pro hac vice)
VA Bar #：22146
jbacon@mbhylaw.com
**Mahdavi, Bacon, Halfhill & Young, PLLC**
11350 Random Hills Rd.
Suite 700
Fairfax, Virginia 22030
(703) 420-7620

*Counsel for Plaintiffs Julia Ya Zhao, Frederick Hausheer, Hongran Stone, individually and on behalf of all others similarly situated*

2

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs conferred with Counsel for Defendants on June 16, 2026, and Defendants oppose the Motion.

_/s/ Timothy T. Wang_
Timothy T. Wang

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_/s/ Timothy T. Wang_
Timothy T. Wang

3