EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

_____

| | |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
Julia Ya Zhao, Frederick Hausheer, ) 
Hongran Stone, individually and on behalf of all ) Civil Case No.: 4:25-cv-00931-O
others similarly situated )
)
Plaintiffs )
v. )
)
USA FENCING ASSOCIATION )
a Colorado Corporation )
)
and )
)
Donald Alperstein, David Arias, Phil Andrews, Damien )
Lehfeldt, Lauryn Deluca, Kat Holmes, individually )
)
)
Defendants. )

---

### DECLARATION OF CHARLES XIAOLIN WANG

---

I, CHARLES XIAOLIN WANG, declare that:

1.  My name is Xiaolin Wang. I am an attorney with the Law Firm of Mahdavi, Bacon Halfhill & Young, PLLC, 11350 Random Hills Rd., #700, Fairfax, VA 22030; Telephone: (703) 420-7620 and counsel to Plaintiff in the action referenced above.

2.  I received a Juris Doctor degree from Duke University School of Law. I was admitted to the State Bar and Courts of the District of Columbia in 2002. My DC State Bar number is: DC470265. I was also admitted to the State Bar and Courts of New York in 2000. My New York State Bar number is:

1

NY3018629.

3.    On August 20, 2025, I submitted a motion requesting *pro hac vice* admission to this Court. I recently noticed that paragraph VII in that motion was inaccurate. It stated:

"I was suspended by the New York Bar solely due to failure to register during the COVID period where he was experiencing infirmity. I have since made all payments in arears [sic] and is in the process of being reinstated."

4.    The previous motion was based on a Colorado *pro hac vice* application I dictated and my wife typed for me when I was sick and unable to read or type. This document convoluted two separate periods into one. I did not catch the inaccuracy when she read back to me before I signed the same. The same inaccuracy in the Colorado application was copied to the Texas application later on. While I take full responsibility of this oversight, the inaccuracy was partially caused by an unfortunate medical situation that prevented me from writing and reading for quite some months. This illness eventually progressed to a state that I was ambulanced to an emergency room and it took several months for me to recover.

5.    The accurate facts are as follows -

I was administratively suspended by the New York Bar solely due to failure to register when I was in China with no internet access to websites outside of China (Chinese government has been blocking internet access to websites outside of China), followed by a prolonged infirmity during the COVID after I returned to the U.S.    I made all payments in arrears when I first learned this suspension. However, while I was in the process of being reinstated, the motion for reinstatement was filed in the wrong judicial department. Then the process of reinstatement was further delayed due to my sickness.

The specific facts are detailed below –

2

(1)  From 2016 to part of 2019, I was stationed in China as an executive of a U.S.-China joint venture. China's national firewall – Great Wall Firewall – blocks access to foreign sites.

(2)  Because of this firewall blockage in China, I asked my friend in the U.S. to help with all payments, including my bar registrations in DC and New York.

(3)  She forgot to keep my registration current with the DC bar and the New York Bar since 2016.

(4)  During such time I never received any notice from either Bar about lapse of registration as the listed addresses were my then U.S. employer's address and my home address in the U.S., which was later rented out.

(5)  In the end of 2019, when COVID started to spread out in China, I took my family back to the U.S. and have stayed in the U.S. since then.

(6)  From 2020 to 2022, I was self-employed as I had been experiencing infirmities that prevented me from working.

(7)  After my health situation improved to a state that I could work part time, around 2022 - 2023, I was in discussion with Mahdavi Bacon for a possible engagement as an attorney.

(8)  During the course of such discussion, I found out, for the first time, that my New York and DC bar registrations had not been renewed since I went to China in 2016 and I was administratively suspended on September 13, 2021 by New York Court solely for the failure to make registration payment under Section 486-a. A copy of the Suspension Order is attached as Exhibit 1.

(9)  I never received any notice about this registration failure when I was in China and after I returned to the U.S. in 2019. After I first learned this suspension in 2023. I immediately paid all past due New York registration fees on May 23 and DC registration fee on May 24, 2023. My DC registration was brought back to current after the payment. However, New York requires a motion for reinstatement.

(10) A paralegal at Mahdavi Bacon assisted me in filing a motion for reinstatement on June 6, 2023. Unfortunately, this motion was filed with the wrong judicial department in New York City, while it should be filed with the 3rd Judicial Department in Albany, for an out of state lawyer. A copy of the Motion for Reinstatement is attached as Exhibit 2.

(11) The motion was returned and forwarded to my address in Kentucky, at which time I moved again, first back to Virginia, then to Weston, Massachusetts. Around the same time, I started to experience symptoms of severe dizziness, headache, vomiting, and loss of balance if I read or watch anything close for even a short period of time.

(12) This illness made it extremely difficult for me to complete the requisite CLE for the New York reinstatement. I missed another registration payment (due in July, 2024) in the middle of moving my household to Massachusetts in the same month. All registration renewals were paid in full now. A copy of the current New York registration is attached as Exhibit 3.

(13) This illness progressed rapidly in the summer of 2025 and I was eventually ambulanced to an emergency room and hospitalized under intensive care in a Massachusetts hospital in September, 2025. A copy of the Ambulance service and hospital bill is attached as Exhibit 4.

(14) I was diagnosed with a vestibular neuritis caused by a viral infection and it took a long therapeutic exercise after the hospitalization for me to fully recover. From July, 2024 to March, 2026, I had been dictating with help of others. It was during the progression of the above illness in the summer of 2025 that my above referenced *pro hac vice* application was typed by my wife using the Colorado application as a template. Two weeks after this application was submitted, I lost consciousness due to the illness and was ambulanced to an emergency room. A copy of my wife's declaration is attached as Exhibit 5.

(15) When I was finally able to read and write normally for a couple of hours at a time recently, I

4

started to complete the required CLE credits and refiled the motion for restatement with the correct judicial department of the New York Appellate Court.

6.    On June 3, 2026, the defendants in the Colorado case filed a motion to revoke my *pro hac vice* admission, which the state district court there granted. While I am still evaluating whether to appeal this court order, a defendant in the Colorado case who is also a defendant in the above referenced lawsuit in this court filed a bar complaint against me. I immediately retained an ethics counsel who is evaluating the matter now.

7.    In consideration of the above situation, I believe that it is in the client's best interest that I withdraw from the current representation.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: June 15, 2026

_____

Charles Xiaolin Wang

# EXHIBIT 1

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 7, 2021          PM-131-21
_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW          MEMORANDUM AND ORDER
   § 468-a.                                ON MOTION

_____


Calendar Date:  September 13, 2021

Before:  Garry, P.J., Lynch, Aarons, Pritzker and Colangelo, JJ.


                    _____


        Monica A. Duffy, Attorney Grievance Committee for the
Third Judicial Department, Albany, for Attorney Grievance
Committee for the Third Judicial Department.


                    _____


Per Curiam.

        The Attorney Grievance Committee for the Third Judicial
Department (hereinafter AGC) moves pursuant to Rules for
Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (5) and
Rules of the Appellate Division, Third Department (22 NYCRR) §
806.9 for an order suspending respondent attorneys – all of whom
either last listed a registration address within this Judicial
Department or were admitted to practice by this Court (see
generally Rules for Attorney Disciplinary Matters [22 NYCRR] §
1240.7 [a] [2]) – upon the ground that they have failed to
fulfill their respective attorney registration obligations for
at least two consecutive biennial registration periods since
2016 (see Judiciary Law § 468-a; Rules of the Chief Admin of Cts
[22 NYCRR] § 118.1).  Respondents were noticed of the
application pursuant to the terms of an order to show cause
issued by this Court which was marked returnable September 13,
2021 and which is supported by affidavit of AGC's counsel with
exhibits (see generally Judiciary Law § 90 [6]).

-2-                              PM-131-21

Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 both require that attorneys admitted to practice in New York file a registration statement with the Office of Court Administration on a biennial basis. This obligation extends to all attorneys admitted in New York, regardless of where they work or reside, and even applies to attorneys who have been suspended or who have retired from the practice of law altogether (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c], [g]).  After an attorney's initial registration upon admission to the bar, the obligation to register is triggered by the attorney's birthdate every other year thereafter, and an attorney has a 30-day grace period following his or her birthdate in which to satisfy the obligation (see Judiciary Law § 468-a [2]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]).  Since the registration requirement applies "for as long as the attorney remains duly admitted to the New York bar" (Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]), it may only be terminated by the attorney's death, disbarment or formal resignation upon order of the Appellate Division (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).[1]

The failure to duly register as an attorney "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action" (Judiciary Law § 468-a [5]; see Benjamin v Koeppel, 85 NY2d 549, 556 [1995]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [h]).  To be sure, the Rules of Professional Conduct explicitly define "conduct that is prejudicial to the administration of justice" as attorney misconduct (see Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]), and this Court has repeatedly and consistently held that an attorney's failure to comply with his or her registration requirements is professional misconduct warranting

---

[1]  We take the opportunity to once again remind the bar that, over and above the biennial registration requirement, every New York attorney also has an affirmative duty to keep the Office of Court Administration apprised of his or her up-to-date contact information (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [f]).

-3-                      PM-131-21

the imposition of discipline (see <u>Matter of Attorneys in Violation of Judiciary Law § 468-a</u>, 172 AD3d 1706, 1707 [2019]; <u>Matter of Attorneys in Violation of Judiciary Law § 468-a</u>, 65 AD3d 1447 [2009]; <u>Matter of Arms</u>, 251 AD2d 743, 743–744 [1998]; <u>Matter of Ryan</u>, 238 AD2d 713, 713–714 [1997]; <u>Matter of Farley</u>, 205 AD2d 874, 874–875 [1994]).

AGC has put forth uncontroverted evidence of each respondent's misconduct in the form of documentary proof that each respondent has repeatedly failed to fulfill his or her attorney registration obligations and remains delinquent in that obligation to date (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.9 [a] [5]).  Accordingly, AGC's motion is hereby granted and each respondent listed on the schedule attached hereto is suspended, effective immediately and until further order of this Court (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; <u>see also</u> <u>Matter of Attorneys in Violation of Judiciary Law § 468-a [D'Alessandro]</u>, 169 AD3d 1349 [2019]; <u>Matter of Jing Tan</u>, 164 AD3d 1515 [2018]).

Garry, P.J., Lynch, Aarons, Pritzker and Colangelo, JJ., concur.

ORDERED that the motion of the Attorney Grievance Committee for the Third Judicial Department is granted; and it is further

ORDERED that each respondent listed on the schedule attached hereto is suspended from the practice of law, effective immediately, and until further order of this Court; and it is further

ORDERED that, for the period of suspension, respondents are commanded to desist and refrain from the practice of law in any form in the State of New York, either as principals or as agents, clerks or employees of another; and respondents are hereby forbidden to appear as attorneys or counselors-at-law before any court, judge, justice, board, commission or other

-4-                              PM-131-21

public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold themselves out in any way as attorneys and counselors-at-law in this State; and it is further

ORDERED that respondents shall comply with the provisions of the Rules for Attorney Disciplinary Matters regulating the conduct of suspended attorneys and shall duly certify to the same in their affidavits of compliance (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.15); and it is further

ORDERED that this memorandum and order on motion shall be deemed served upon respondents by (1) its continuous publication on this Court's website, (2) weekly publication on this Court's Twitter account for a period not to exceed 30 days, (3) email delivery of this memorandum and order on motion to "any and all email addresses on file" for each respondent with the Office of Court Administration, and (4) first-class mail to the last-known home address of each respondent without an email address on file with the Office of Court Administration.

ENTER:

Robert D. Mayberger
Clerk of the Court

-5-                          PM-131-21

| NAME | REG ID |
|------|--------|
| ABAD, CARLO | 4229571 |
| ABERGEL, OLIVER NISSIM | 2922136 |
| ABERNATHY, BILLY JOHN | 4164877 |
| ABRAMS, AILEEN THERESA | 4364006 |
| ADDA, EMMANUEL ELIE | 3928652 |
| ADEKANYE, OMOLOLA | 5374756 |
| ADENIYI, FEMI ABIODUN ADEROHUNMU | 4319687 |
| ADLER, MARC LEONARD | 5052808 |
| ADVANI, ABHISHEK | 5027750 |
| ADVANI, ANIL | 2993301 |
| AHERN, CATHAL | 4334322 |
| AHN, DOHYUN | 4204277 |
| AHN, SARAH | 4263935 |
| AHUJA, RAJIV | 4483434 |
| AKIMOTO, NAOKO | 5243266 |
| AKPANA, IBOROMA TAMUNOEMI | 4248738 |
| AKPOFURE, OMESIRI SOTONYE | 2994309 |
| ALAZZAZ, SHIHANA SALEH | 4949988 |

-6-                              PM-131-21

ALBIZU, CHRISTOPHER O              4451290

ALBRECHT, ANDREA JOY               5029293

ALBRIGHT, JOHN DAVID               4083655

ALDER, GEOFFREY THOMAS             2704021

ALFANO, MIREILLE NOEL              4579884

ALHANKO, MAUD LARISSA              4420741

ALIRE, ALEXIS LYNN                 4635231

ALMANN, LAURI                      4402640

AMES, EMILY KATHRYN                4982039

ANOLICK, CHANA BRURIA              5018965

ANZELC, JOHN FRANK                 4867370

APOSHIAN, REGINA BLEWITT           5384128

ARCAYA, MARIA TERESA               4019865

ARQUIT, CHRISTINE ELAINE           1581081

ATTUIL, JEREMY EMMANUEL            4798740

BABITT, BRUCE H.                   2397370

BADENHAUSEN, THOMAS MICHAEL        2254662

BAE, SEONG RYEOL                   5098439

BAHN, YOUNGHOON                    4899647

BAKER, JAMES EDWARD                2087484

-7-                          PM-131-21

BALDEN, BENJAMIN SCOTT            5223334

BANG, HYUN                        2325371

BANHEGYI, ILONA IRMA              2712685

BANKS, STEVEN MARC                4338141

BAO, CHEN                         4638136

BARBATANO, SALVATORE ANTHONY      4485660

BARNUM, MATTHEW SCHUBERT          5070784

BASSIL, ELIAS BASSIL              4414207

BATEMAN, GLENN ALAN               2421485

BAUM, LESLIE NICOLE               4514352

BAXMANN, JULIANE                  4726287

BELLCOURT, GWENN M.               2588499

BENMOHA, MATHILDE V.              2916278

BEN-PORATH, TAMAR                 2440030

BENSIMON, MAIA LAURENCE           4239869

BERGFELD, ROLAND                  4049359

BERNA, JOSEPH                     1848266

BERTRAM, YITZCHOK                 4403499

BIELAN, JUDITH Q.                 2334696

BILLON-LANFREY, TEHI JULIE        5264833

-8-                         PM-131-21

BIONDO, P. RICHARD                        1407253

BISCAN, ADRIANA                           5373014

BITICI, TEUTA                             4618542

BLAINE, PATRICK-JAMES                     4692398

BLANCHARD, PETER ALLAN BRADLEY            5255716

BLESER, MARILYN JEANNINE                  4288312

BLOCK, WAYNE BRUCE                        2303949

BLONDEAU, JUSTINE MARIE                   5006614

BLUM, JENNIFER MICHELE                    4161832

BLUMENFELD, MICHAEL BRIAN                 2452993

BLUMKIN, ANNA G                           4140083

BOBKOVA, KSENIA VLADIMIROVNA              4001277

BOGARDUS, FRANK E.                        1023241

BONDAROWICZ, ANDREW STANLEY               4359022

BORISON, CRAIG STEVEN                     4865580

BOUCHOUX, FRANCES VERONICA                2222016

BOYD, TRACY ELLEN                         5235429

BRASWELL, WALTER M.                       1941939

BREEZE, COLIN MCCLELLAN                   2963114

BREGMAN, KEITH ALAN                       2940963

-9-                              PM-131-21

BREUVART, FLORENCE DAPHNE            5050117

BRIDGEN, WILLIAM JOSEPH              2772168

BRODSKY, CHARLES LOUIS               2765279

BRODY, TYLER                         4494787

BRYANT, BILL LINTON JR.              4833406

BU, JOON HO                          5005723

BUKOWSKI, KENNETH ANTHONY II         5152954

BURGHARDT, KIRSTEN RITA              4018982

BURKE, JAMES ROBERT                  3026267

BURRIS, ANNE STEEL                   3024106

BYUN, HEEKU                          4442828

CAMACHO, LUIS ANDRES                 5324900

CAMERON, TORYAH SHANI                2916518

CARLSON, KERSTIN BREE                4949319

CARTER, FRANCIS OLIVER               4242772

CASCIO, SHEILA S.                    4390381

CASIERI, DIANA                       3007960

CASILLA, SUNILDA ESPERANZA           4493557

CASSANITI, JOCELYN E.                4413266

CASSIDY, DEREK MICHAEL               4593026

                                    -10-                    PM-131-21

CERNEA CLARK, ADAM MCALPINE          5338520

CERRAHOGLOU, EMINE EDA               4383154

CERRATI, CORINNE                     4949392

CERRETANI, MEGHAN MARIE              4223293

CHAMBERS, ROBERT FREDERICK           4415121

CHANG, WEI-CHIEN                     5077409

CHANG, YUNGLUN                       4332581

CHARRETON, VALERIE ANN               4590097

CHAU, STANLEY T.                     2869527

CHEN, CHING YI                       4385688

CHEN, CHI-YUAN                       5039201

CHEN, JINGSI                         5296397

CHEN, LI-CHING                       2519593

CHEN, MENG                           5341144

CHEN, QIAO                           5285234

CHEN, TAO                            4784393

CHEN, YU                             5261805

CHENG, YUE                           5283080

CHEONG, KENNETH PO LEONG             4177416

CHEONG, SIMON KAI-TSE                4119798

-11-                          PM-131-21

CHI, JAMES C.                        3017787

CHIN, LISA JENNIFER                  5088687

CHING, ANTHONY CHUNG WEI             2201820

CHOI, EUN-HWA                        2946135

CHOI, JONG                           2994937

CHOI, TAEEUN                         5301643

CHON, JONGIK                         4148300

CHOUDHARY, ANIL KUMAR                5347141

CHUNG, JOON HYUG                     5297742

CHUNG, MOON SOO                      1941863

CHUSID, JODIE LEITH                  3961893

CITRO, LAWRENCE FREDERICK            2677185

CLAPAUD, SANDRA                      4907184

CLARK, JOANNE                        2180545

CLARK, MELISSA AUGUSTA               2389039

CLASPER, JAMES BOYD                  4201034

COE, SHANNON DENISE                  4396859

COGER, KARIN YVONNE                  4275343

COHEN, MAYAN                         5311709

COHERNOUR, DAVID CLAIR               4042156

-12-                    PM-131-21

| | |
|---|---|
| COLE, AVRIL TUNDETE | 4221792 |
| COLE, JOHN HERBERT WAYNE | 2957173 |
| COLEGRAVE, SIENA BYASS BLAKE | 5292412 |
| COLEMAN, JEFFREY HOWARD | 1834720 |
| COLLANTES-GARCIA, ANNA CRISTINA VALENCIA | 4734109 |
| COLLIN, SAMUEL ROBERT | 4856605 |
| COLLINS, WILLIAM DANIEL | 4859831 |
| CONNELLY, SEAN MARTIN | 5283239 |
| CORRIS, SARA | 4898862 |
| COUTTENYE, ANDREA CAROLINA | 4086575 |
| COYLE, BRIAN J. | 2541829 |
| CRAIN, JULIE JUSTINE | 2654259 |
| CRAWFORD, AUSTIN KEVIN | 2777266 |
| CRAWFORD, RYAN VELASCO | 4572897 |
| CROSS, JEFFREY DAVID | 4345864 |
| CUBBY, DAVID RICHARD | 5012778 |
| CUMMINS, MICHAEL RICHARD | 4397154 |
| DAGUERRE, MATTHIEU | 5061171 |
| DALCORTIVO, KATHLEEN MARY | 5076351 |

-13-                          PM-131-21

| | |
|---|---|
| D'ALESSANDRO, GREGORY PAUL | 4993903 |
| DANIELS, TIMOTHY ARCHER JR. | 5357272 |
| DAY, JAMES BRENDAN | 4865549 |
| DE LANCASTRE VALENTE, MARTIM | 4732178 |
| DE NOAILLY, APOLLINE | 5392501 |
| DE VIENNE, PAOLA | 5150446 |
| DELICATE, ROBERT LOUIS | 4802997 |
| DENNEHY, MUIREANN S. | 4640785 |
| DEVITO, BRIAN | 5235817 |
| DHAR, VILAS S. | 4606182 |
| DIAZ, DAVID | 4385621 |
| DIMICKELE, SUSAN MARIE | 4972543 |
| DING, HUIZHONG | 5351507 |
| DODGE, ANDREA TYLER | 2057396 |
| DONG, YUE | 4974762 |
| DONLON, ROBERT M. | 2268126 |
| DOWNES, PAMELA MARGARET | 4856514 |
| DRAKE, RUSSELL JACKSON | 4481628 |
| DREW, LAUREN KATHRYN | 5054614 |
| DROHOBYCZER, LARISSA | 4950796 |

-14-                        PM-131-21

DU, MENG                                    5321682

DU, YANG                                    5258918

DUAN, XIAOYUAN                              5230412

DUKE, XERONA GENEVIEVE                      5352836

DUNN, LINDSAY ANNE                          4747622

DUNPHY, GEORGIA BENNETT                     5132543

DURYNSKI, JENNIFER                          2920312

EASTMAN, JAMES LOUIS                        2757888

ECHIVERRI, JUAN CRISOSTOMO MALABANAN  5261474

ECO, KRISTINE                              5056692

EHRLICH, JEANINE DAWN                       2461689

EKELUND, DAVID JAMES JR                     4718920

ENGLISH, DEREK MICHAEL                      4980710

EPSTEIN, JONATHAN HARRIS                    2782415

ERBE, KATHARINA                            5269238

ERHARD, JOHN FREDERICK                      4043998

ERICSSON, SETH IRA                         4866323

ERION, GRAHAM CLARE SIEMENS                 5012125

ESMAIL, WALEAD                             4486809

ESPINOSA, EDGAR FERNANDO                    4373296

-15-                    PM-131-21

ESTEVES, DULCE PAULA                2773281

EZEH, IHUAKU GERALDINE              5400833

FAEHNER, KATHLEEN ANN               5352166

FAGBO, SAYEEDAH MOSUNMOLA           4163168

FAIRCHILD, CHRISTOPHER CLEMENT      3047750

FALCONE, JACQUELINE CLAIRE          4932943

FALK, SCOTT ALAN                    2458230

FAZENDEIRO, RORY ZACK               3971140

FELDMAN, MICHAEL KEVIN              3971058

FELL, DONNA MARIE                   2678399

FENNER, BRAXTON FREDDIE             2391183

FERNANDES, AARON ERIK               5259775

FERNANDES, SUE-ELLEN CASSIANA       4434312

FERNANDEZ, RONNIE                   4679460

FERRADA, DIEGO WALKER               4524674

FERRIN, RICHARD PRESTON             2815470

FIELDS, PAULETTE TITKO              2141570

FIGULI, JOSHUA DAVID                4867339

FILIPCIUC, ANDREEA                  4045456

FLAHERTY, ALYSSA ANN                5361001

-16-                        PM-131-21

FONSECA, PERRY MATTHEW              3070927

FONTAINE, MARGOT                   5240452

FONTANA, OLIVER                    3982188

FORMAN, SALLY JANE                 2115608

FRANK, GLORIA HEIDI                2035178

FRANK, MARY KRISTEN                4788394

FRAZIER, STACY ELIZABETH           4568408

FRIEDMAN, JOEL HOWARD              2143154

FU, SILI                          5040225

FU, XIN                           5133731

FU, ZHONGQI                       5377189

GARCIA, KAEFER JESUS              5361027

GARRIDO, ASHLEY CASSEL            4931929

GEIMER, GREGOR JOHANNES           4042206

GEORGE, SAIJU                     5363940

GETLAN, LEAH SCHMULEWITZ          2801868

GIBBONS, YVETTE                   2624427

GIBSON, COLIN DAVID               5120886

GILL, MARY-ANN ELIZABETH          4381570

GINSBERG, KENNETH J.              2687184

-17-                              PM-131-21

GIULIANO, ERIC DANIEL                4896072

GIVNER, JOSHUA KYLE                  4607735

GLOWITZ, DANIEL AARON                4763801

GNALY, LEA INNOCENTE                 4958971

GOLDBERG, ESTHER                     2332906

GOLDENBERG, RINA                     2756484

GONG, WEILIANG                       5288014

GONZALES, MICHAEL ROBERT JR.         5368592

GOODMAN, JONATHAN ROSS               2812196

GORDON, BRYAN BRADY                  4462073

GORDON, JEFFREY AARON                4983342

GOSSET, ANNE-LAURE                   4688289

GOVERE, MAUREEN                      4952792

GRADY, DAVID ALOYSIUS                4346623

GRAMA, BERND PAUL                    4297883

GREENE, KATHERINE A.                 2884906

GROMANN, GLENN ERIC                  2541712

GUERRERO, CRISTINA                   4829438

GUERRERO, LINDSEY BETH               4594644

GUIDETTA, ANGELA MARIA               4581054

-18-                    PM-131-21

GUMMI, MANASA REDDY                    5339684

GUZMAN, ASHLEY NICOLE PRATHER          5134614

GWAK, DONG-YEOL                        2872158

GWALA, MICHAEL ZENZELE                 4872693

HACKETT, ELLEN ANN                     4685871

HAHN, PEARL JINJOO                     5373477

HALL, HANNA MARY                       4205696

HALTIWANGER, NURIA L.                  4453015

HAMEED, AYAZ                           4511861

HAMRA, CYNTHIA ANN                     4293924

HAMRA-KROUHA, MOHAMED                  4397485

HARDAWAY, PATRICIA LOFTON              2546398

HARDIE, KATIE                         5254388

HARPER, NICHOLAS SKELLY                4898797

HARRIS, ASHLEY ANASTASIA               5115597

HARRISON, AMANI SUNDAY                 4089074

HARRISON, COLIN MICHAEL                5065172

HARTWELL, LAUREN ASHLEY                5169529

HASHIZUME, BRYCE                       5340096

HAUHART, ROBERT CHARLES                2135911

-19-                    PM-131-21

HE, XIAOLIN                          5073465

HEALEY, JESSICA NICOLE              4715512

HEGEDUS, JOSEPH KENNETH             1748383

HEINE, TODD MATTHEW                 5290374

HELLMAN, JORDAN ANDREW             4802781

HENDRICKS, CYNTHIA LEIGH            4335808

HENDRY, LESLEY ANN                  5126842

HENNEBERG, CORINNE RUBY             5321948

HENNESSEY, JOANN MARIE              3033933

HIGGINS, MARK MELLEN                5389671

HIGGINS, VALERIE JEAN SALERNO       2597227

HILL, CATHERINE                     2347607

HING, ANGELINA WEI YUEN             4378824

HINSON, CHAD MICHAEL                4914602

HIROSAWA, TARO                      5241781

HO, SEONG HO                        5279328

HOFSTETTER, KARL A.                 2260073

HOIDAL, STEN-ERIK                   4336186

HOLTZMAN, MICHAEL STEVEN            5242227

HONDA, SHOICHI                      2828960

-20-                                    PM-131-21

HORSCH, SARAH ELIZABETH                5173059

HUA, YUAN                              5051065

HUANG, HSIANG-CHEN                     4870440

HUANG, LEI                             5273743

HUANG, SHANZHE                         4971131

HUANG, TIHUA                           4844635

HUBERT, AGATHE GABRIELLE MARIE         5046198

HUC, NOEMIE                            5163431

HUGHES, GERARD ANDREW                  4494654

HUITFELDT, ERIK TONNE                  2531051

HUNDLEY, JOYCE BODEN                   1234780

HURVITZ, MARC LESLIE                   2336659

HUSSEY, ALYSON MOLLOY                  2787976

HWANG, JUNO                            4624409

HWANG, MIRAN                           5106729

HYUN, DONGYEOP                         5264577

IBRAHIM, JESSICA MARIA                 5260708

ILARDI, GREGG ANDREW                   4001400

INGALLS, JOHN SUMNER                   1152891

INOUE, HIROKI                          2744498

-21-                                  PM-131-21

| | |
|---|---|
| JACKSON, JIBRIL HASSAN | 4544714 |
| JANG, YOUNG JIN | 4381117 |
| JEN, SHU-CHIN | 5128855 |
| JENNINGS, LEO JOSEPH | 2456457 |
| JEONG, INCHAE | 5059092 |
| JIANG, CHONG | 4957965 |
| JIANG, FEI | 5156260 |
| JIJON ANDRADE, ALEGRIA | 5279922 |
| JING, QI | 4937736 |
| JO, DAE HWAN | 4625612 |
| JOHNSON, CHRISTOPHER CHARLES | 4787149 |
| JORDAN, WHITNEY JEVOUN | 4696894 |
| JOSHI, SEEMA | 4293536 |
| JOYCE, RACHAEL ELLEN | 2879880 |
| JUMA-BHOJANI, SORRAYAH | 4089025 |
| JUNG, EUN YOUNG | 4329231 |
| JUNG, KYU CHEOL | 4775243 |
| KAHNG, HYUN-JOONG | 5304332 |
| KALRA, KARAN | 5240635 |
| KANG, HYUN SU | 4390746 |

-22-                              PM-131-21

KANG, JIWON                          5371711

KANOFF, DANIEL R.                    5090451

KARR, ALEXANDER JAMES                1280403

KASTEN, RYAN BRADLEY                 4770871

KAWAMURA, MASAFUMI                   2818417

KAZANTSEV, MIKHAIL SERGEEVICH        5351374

KELLING, DAVID HERBERT JR.           4701405

KELMAN, JONATHAN IRIK                2780732

KENJEEV, ALEX BAKHYT                 5029921

KENNARD, ALAN LEE                    3007606

KENNEDY, ELIZABETH BARRETT           4336350

KENNEY, PATRICK WILLIAM              4559357

KERJEAN, ALEXANDRA                   5078274

KERR, JONATHAN HUGH                  4880787

KHAWAR-BUTT, RABIA                   4264594

KIHARA, MASAHIRO                     2752095

KILLIAN, PATRICIA A.                 2763126

KIM, ANNE JEESOO                     5118617

KIM, DO-HYUNG                        4186672

KIM, GEEN                            4947008

-23-                          PM-131-21

KIM, HA NA                              4839569

KIM, HYUN JUNG                          4972006

KIM, HYUNG KYU                          4582292

KIM, HYUNG WON                          5312830

KIM, JENNIFER SUMI                      4677506

KIM, JOON HYOUNG                        5373816

KIM, KYUNGJOO                           4469326

KIM, MIKYOENG                           5332440

KIM, NAM HEE                            5073739

KIM, STEVE JAEOK                        5234745

KIM, SUHO                               4160453

KIM, SUNG YOUL                          2470649

KIM, TAE HUN                            5209861

KIM, THOMAS TAE                         3029642

KIM, WOONBAE                            4472577

KIM, YOUNG HA                           5285010

KINCHY, GERALD ALLAN                    2700524

KITSANAYOTHIN, PONGPAT                  5236740

KIZEL, PAUL                             1887835

KNAPP, BARTON LAWRENCE                  2320463

-24-                          PM-131-21

KOCAK, JASMIN                          5131495

KOENIG, JEFFRY HAL                     2538239

KOLBACH, DANIELLE                      2889087

KOMISAR, HOWARD DEAN                   2299295

KONA, MAANASA                          5115910

KONG, HUANZHI                          5253497

KOO, JOHN H.                           2653673

KOPAN, TOVAH LYNN                      4530036

KOWALSKI, BRIAN PETER                  2236461

KUANG, PEIZHU                          5277330

KUJAS, SAMUEL BERNARD                  4429924

KUNII, NORIKA                          4964722

KUO, CHEN-CHUN                         4689980

KWAG, SEBOONG                          4510202

KWAK, JUWON                            5293790

KWAN, BERNARD KOK YIEN                 5249297

KWON, YOUNG HUHN                       2127009

LAMBA, PRIYA                           5142906

LAMBEK, NADIA CLAIRE SOLWAY            5233176

LAMPING, WILLIAM JAY JR.               4548087

-25-                    PM-131-21

| | |
|---|---|
| LANKAU, CHARLES ARTHUR III | 2842664 |
| LASSO, JULIE ANN | 2964377 |
| LATORRE, YVONNE | 2458008 |
| LATOUR, JANELLE ALEXA | 5152988 |
| LECHARTIER, ANNE GAUGHAN | 2079929 |
| LECLERC, MICHEL JEAN VOJTECH | 5289939 |
| LEDERMAN, JONATHAN LESLIE | 2575116 |
| LEE, B. CHRISTOPHER | 5370218 |
| LEE, CHANG KYOO | 5266531 |
| LEE, CHIEN-TE | 2697910 |
| LEE, DAVID | 5094255 |
| LEE, DONGYOUL | 5288022 |
| LEE, HOSUN | 5272752 |
| LEE, HYUNG SOO | 5287701 |
| LEE, JAE WOONG | 4580312 |
| LEE, JAEHOON | 5275508 |
| LEE, JANG-WOO | 5290499 |
| LEE, JEAN | 5299235 |
| LEE, JILL HYUN | 4349742 |
| LEE, JOU RU | 4068821 |

-26-                    PM-131-21

LEE, JULIANNA OPHELIA              4445987

LEE, JUN HEE                      4918926

LEE, JUNG SUN                     5301718

LEE, KARLINE LOUISA               4957072

LEE, MARK SANGIL                  2810919

LEE, MYOUNGJIN                    4658258

LEE, SANGMIN                      5185798

LEE, STEVEN TEAK-KIL              5321062

LEE, SUN HEE                      5276118

LEE-DAVIS, AYANNA M.              4291373

LEIGH, IRENA ELISABETH            5113675

LEMKE, THOMAS PAUL                1885672

LESH, JULIA ERIN                  5162706

LESTER, ZOE RUTH                  5380449

LEVY, ALYCIA S.                   4656633

LEWIS, JENNIFER CASTRO ANDERSON   4516761

LEWIS, LOUISE HOPE                2107266

LI, KO-HSIN                       4204244

LI, KUAN-HSIEN                    4226551

LI, MIN                          5267059

-27-                      PM-131-21

| Name | Number |
|------|--------|
| LI, SI | 5054093 |
| LI, XIANG | 5119003 |
| LI, XIANGEN | 5320494 |
| LI, YING | 5374897 |
| LI, ZHI | 5170733 |
| LIM, YONG | 5001169 |
| LIN, BEI | 5175237 |
| LIN, HORNG-DAR | 4617619 |
| LIN, LIXIA | 4550760 |
| LIN, YUNG-SHENG | 5326475 |
| LIU, FANG | 5245626 |
| LIU, YAQI | 5307707 |
| LIU, YUANTIAN | 4966651 |
| LOHEAC, JENNIFER ANN | 4642203 |
| LOK, LEE JIUN | 4832556 |
| LOSIANOVICH, CHRYSTIA | 5142435 |
| LOU, GRACE A. | 3930617 |
| LOY, LISEL | 2721306 |
| LU, DI | 5251111 |
| LU, OU | 5293857 |

-28-                    PM-131-21

| | |
|---|---|
| LU, YUNGUANG | 5264379 |
| LUBAS, JUSTIN HENRY | 5343504 |
| LUCIDO, VICTORIA ANTOINETTE | 5351630 |
| LUKASZYK, JEFFREY DAVID | 4636825 |
| LUND, DAVID CARL | 2922045 |
| LUNSFORD, CINDY REBECCA | 4419362 |
| LUO, LING | 5374681 |
| LUO, RUI | 5138227 |
| LYLE, DENNIS ALFRED | 5037452 |
| MA, JIN | 4306544 |
| MA, XIANGXIANG | 5275250 |
| MA, YEMING | 5310487 |
| MACLEAN, JASON RYAN | 4712196 |
| MACNAMARA, DARACH JOSEPH | 4260931 |
| MACTHOIM, ROS GIOLLA MHUIRE | 4301354 |
| MAESTREY, ARNALDO VENERANDO | 4422614 |
| MALONE, PETER LOUIS | 4630786 |
| MALONE, SUSAN ANTONIA | 5373709 |
| MALONEY, MICHAEL PATRICK | 4777694 |
| MANGANELLO, CHRISTOPHER JON | 5066378 |

-29-                              PM-131-21

MANGINELLO, RALPH PETER                5223136

MANSON, JAMES ANDREW                   4845194

MARASIGAN, RICARDO BRISTAIN            1896547

MARCY, SARA CORBETT                    4556684

MARFOE, JOHN GEORGE                    4436663

MARGULIES, RACHEL BETH                 5181557

MARIN CANO, LUCIA JOSEFA               5197876

MARK, CHRISTINE MECHTHILD BRIGITTE     3950870

MARTIN, ANNE-CHARLOTTE                 5383591

MARTIN, PETER RUPPERT                  2180594

MARTINSEN, CAROL ANNE                  5357603

MASEK, MARK ALAN                       2292076

MATSUKO, NAMI                          2815702

MCCABE, F. BARRY                       5088836

MCCALLISTER, IAN NORMAN                4093894

MCCORMICK, JEFFREY MORRIS              3940947

MCCULLOUGH, WILLIAM J.                 2700623

MCEVOY, PATRICK THOMAS                 5036066

MCGOWAN, SEAN ROBERT                   4680492

MCGOWN, MARGARET ELIZABETH             2322352

-30-                         PM-131-21

MCKINNEY, DIARRA D.                  4643391

MCNARY, MARK DAVID                   1857879

MCPARTLAND LYONS, ANNE MARIE         2048759

MEADOW, JOSHUA                       5077482

MEDINA, JOSE MIGUEL                  5152707

MENG, FANPENG                        5193701

MERRILL, SCOTT C.                    2731776

MEYER, RICHARD STEVEN                3960200

MICHAEL, SIMRET                      5267695

MICHALAKOPOULOS, PETER N.            2038727

MICHAUD, PATRICK ALLEN               3047198

MIELKE, LOUIS FRIEDRICH              2250124

MILLER, MICHELLE CAROLYN             2888204

MIRO, JEFFREY HALE                   2152825

MITCHELL, BETH LEIGH                 3066099

MITCHELL, JAMES EDWARD               5305289

MIYAKE, AKIKO                        4175055

MONTGOMERY, NICHOLAS CLARK           2962835

MOORE, ASHE DAMIEN                   4621850

MORITA, KEIICHI                      3985652

-31-                    PM-131-21

MORRIS, KEVIN MICHAEL                3046737

MORRIS, SALLY R.                     5387758

MORRISSEY, CHERYL ANNE               2402212

MOSKOWITZ, MELODY                    1872308

MOTIWALA, SUMMER                     5283007

MU, RONGRONG                         4636312

MUCHYOVA, JANA                       3995289

MULLA, SIMONE ADIL                   5265830

MULLEN, JAMES FRANCIS                2256519

MULLIN, LISA ANN                     3062833

MULLINS, EMMA LOUISE FRANCES         5272281

MUNNELLY, KENNETH J.                 1964949

MUNRO, DAVID GEORGE                  4154910

MURRAY, KAREN A.                     2219723

MYSLINSKA, DAGMAR RITA               4272878

NAGARAJ, UMA                         2927390

NAGAYAMA, RENA                       4511390

NAGLE, PERRY JAMES                   2459477

NAMEKATA, KUNIO                      2699270

NAMPIJJA, SOPHIA SENYONDO            5268081

-32-                              PM-131-21

NELSON, ANDREW SPENCER              5246905

NELSON, BRYAN MATTHEW               5224654

NETTO, SUNITA CARMEL                5300785

NEWMAN, MATTHEW JOSHUA              5288741

NG, YUIH EIN                        4447322

NIKOLIC, DARIO                      4077582

NING, FEIFEI                        5291422

NISHIO, SHINJIRO                    4677464

NORRIS, MAUREEN O'NEILL             3026762

NORTHY, ABRAHAM                     5083308

NUCCI, GEORGIA FLORENCE             2794816

OFEK, TIDHAR                        5145131

OKAMORI, AYUKO                      5220694

OKESANYA, AYOTUNDE O.               2917755

O'LEARY, PHILIP PATRICK             4884631

OLLIS, ROBERT WALTER JR.            4440103

O'MOLESKY, GREGORY MARK             4244513

ONORATO, STEPHANIE ANDREA           3029303

OROURKE, KEVIN GERARD               1093848

OSTERTAG, OLIVER                    5355458

-33-                      PM-131-21

OUMELLAL, SABRINA SANDRINE            4512877

OWENS, GAIL MARY                      4833653

PADA, ANDRES                          2818375

PAICH, MICHAEL BRIAN                  4944294

PALADINETTI, MARY ELIZABETH GODFREY   4788428

PAN, WEN                              4601084

PANIAGUA DE APONTE, SARA RAQUEL       4949814

PAPPS, AARON JACOB                    3954781

PARK, CHANIK                          4855680

PARK, HEEJAE                          4857454

PARK, JUNGWOO                         5217401

PARK, MIN WOO                         4321360

PARK, SUNG DUCK                       4516290

PARKER, RHONDA B.                     2037018

PATEL, TEJAL VASUDEV                  4969945

PATTERSON, SHANELLE CHANTE            5142989

PEIMANI, JUSTIN KOUROSH               5367388

PELED, DAPHNA                         2911741

PELIGRI, ROSE A.                      2319358

PEREIRA, PAULO JOSE SILVERIO          5375365

-34-                    PM-131-21

PEREZ-LOPEZ, THOMAS WILLIAM          5163563

PERSON, JOHN C.                      1881879

PIERWOLA, MILOSZ                     5092101

PIKALOVA, SVETLANA ALEXANDRA         5361456

PISCOPO, LOUIS MICHAEL               2598456

PLANT, ERIC RYAN                     4345534

PLAYBELL, VARNAVAS                   4922548

PORTNER, KENNETH M                   4346367

PULLEN, MICHAEL RHODES               3006962

QASEM, MAALI MAJIED                  4244190

QIAO, SHANSHAN                       5082292

QIAO, SHITONG                        5161716

QIAO, ZHI                            5276167

QIU, WENXIONG                        5127667

QUIGLEY, KRISTEN QUINN               5009717

QUINN, EDEL MARIE                    4846101

QUINN, JOHN FRANCIS                  5151790

RAGSDALE, RONALD EARL                2209658

RAIMONDI, CAROLINA BOECHAT LOPES     4335998

RAKOVE, HELEN SCHARF                 1463249

-35-                         PM-131-21

RAMBHIA, ARUN JETHALAL              4965786

RANDALL, JOHN THOMAS                5397641

RAO, SIMANA BASU                    4967634

RAPETSKI, RALPH JOSEPH              2072817

RATLIFF, SUELLEN                    3069523

RAYCROFT, KELSEY ROSE               5347802

REICHEL, MARK CHRISTOPHER           4152401

REN, WA                             4968533

RENZULLI, RYAN VINCENT              4318747

RHEINGOLD, ARTHUR DAVID             1553577

RICHARDSON, HETTY LAWRENCE          2293629

RODRIGUEZ, ANDRES ERNESTO           5379052

RODRIGUEZ, JOSEPH RYAN              4492500

ROE, KEVIN WILLIAM                  5106463

ROGGEVEEN, DIRK GARDINER            2112100

ROSENBERG, MATTHEW JACOB            5262514

ROSENTHAL, DAVID L.                 4906905

ROSS, SUSAN L.                      1696970

ROTHMAN, IVAN                       2847168

ROZENBLIT, LEONID G.                2879898

-36-                        PM-131-21

| Name | Number |
|------|--------|
| RYU, KWANG HOO | 5342530 |
| SADER, NADA ALICE | 4606133 |
| SADOWSKI, KAROLYN RACHEL | 4643722 |
| SAMPA, EDWARD | 5274261 |
| SANDLER, KELLY ANNE | 4853412 |
| SANTILLI, ROSELLA | 4128849 |
| SANTOS, ARABELYS | 5266911 |
| SARONA, JAZZIE MATELA | 5285028 |
| SATO, HIROYUKI | 5246426 |
| SAULEN, MARTIN JOSEPH | 4890950 |
| SBARDELLINI COSSI, BRUNO | 5057468 |
| SCALLY, JEAN MARIA | 4521894 |
| SCARBOROUGH, JAY ROSS | 2150951 |
| SCARDUZIO, DANIELLE | 5146618 |
| SCARTON, AMY MARIE | 4251567 |
| SCHASSLER, STEVEN G. | 2802833 |
| SCHOEN, NEAL WILLIAM | 1350131 |
| SCHOFIELD, IVAN ROBERT | 4399879 |
| SCOTT, JASON H. | 3009784 |
| SHAH, HARSHAL RAJESH | 5290507 |

                              -37-                    PM-131-21

SHAH, SHIBANI GAURANG               4862090

SHALAKANY, AMR AHMED                2996460

SHANNON, BROOKE A.                  2974491

SHANNON, KEVIN PATRICK              4730479

SHAW, HOLLY CHRISTINE               4929238

SHAW, RONALD R.                     1382951

SHENN, PATRICE ANN                  1551084

SHIBAYAMA, KEIKO                    5251772

SHIIYA, KAZUYUKI                    5058797

SHIN, CATHERINE SUNAE               4091294

SHIN, EUNGYOUNG                     3991585

SHIRAI, MASAKAZU                    4532362

SHON, BINHEE                        5362181

SHUTKIN, WILLIAM ANDREW             2464832

SIDDIQUI, MEHNAZ                    4598298

SIEMERS, LAURA DIANE                2962629

SIEMINSKI, AMY                      5351788

SILVERTHORN, MARK ANTHONY           2832103

SIM, HYUNGNYUN                      4905741

SIMKIN, ARSHIA                      5367834

-38-                              PM-131-21

SIMMONS, GRAHAM DELANO SINCLAIR        2833705

SIMON, BRIAN DAVID                     2573137

SLOCUM, STEPHEN J.                     5144282

SMALL, ALICE K.                        2321610

SMITH, ANDREW DAVID MORANT             5350970

SMITH, CARRIE BARBRA                   4372231

SMITH, DANIEL GARRETT                  4592242

SMITH, DAVID R.                        1895002

SMITH, PETER JOHN                      2490373

SMITH, RENEE SHANTEL                   5261151

SMURSZ, ZVI                            5260542

SNEIRSON, MARILYN GOLDFARB             2299451

SNYDER, KEVIN JOHN                     2822781

SOK, KHAVAN                            4724977

SOMER, JENNIFER SARA                   4814687

SON, JIYOUN                            4665972

SON, MARCO                             5036652

SONG, JIN HO                           5371810

SOYKA, JENNIFER MCKENNA                3983350

SPETH, ELIZABETH KENNETT               4452868

-39-                              PM-131-21

| | |
|---|---|
| SRIVASTAVA, RITU | 4600441 |
| STAIRS, ELIZABETH ANNE | 2747947 |
| STAMKOS, MELISSA ANN | 4915674 |
| STEELE, DANIELLE LEE | 5219266 |
| STEIN-KAEMPFE, JACQUELINE | 4227542 |
| STELLATO, PATRICK MICHAEL | 1801299 |
| STEWART, JAMES EDWARD | 5006531 |
| STEWART, KENYATTA KESHAWN | 4734984 |
| STEWART, SARA B. | 1947365 |
| STIPPL, CHRISTOPHER | 2801553 |
| STOCKMAN, MICHAEL MURRAY | 4960563 |
| STONER, ANGELA ELIZABETH | 4665477 |
| STRANIERI, VALERIE ELLEN | 5371539 |
| SUAREZ ANZORENA, CARLOS IGNACIO | 4990750 |
| SUDOL, WALTER EDWARD | 2006914 |
| SUGIHARA, ERI | 5235148 |
| SULLIVAN, SUSAN LISA | 2495430 |
| SUMAS, JOHN JAMES | 4395307 |
| SUN, YI | 4600714 |
| SUN, YUE | 5164785 |

-40-                    PM-131-21

SWIFT, CHRISTOPHER MADISON            4781670

TAINAKA, KATSUYUKI                    5247804

TAKANO, DAIJIRO                       5334438

TAMURA, KYOKO                         5320007

TAN, SIYU JOLENE                      4427746

TANG, JUN-MIN                         4297305

TANG, YUE TAN DAVID                   4352126

TEER, RICHARD JOSEPH                  2839769

TESTA, ANDREA PATRICIA                3047081

THARPE, LISA L.                       4881520

THOMPSON, STEPHEN DAVID               5102835

TILLEMAN, BERNARD HENRI               2341402

TILLMANN, JACQUELINE LEWIS            2618288

TOKUJIYA, KEIJI                       5065339

TONG, JIE                             5183066

TORRES-BAGATSING, MARY ALLEN          4076592

TSAI, NICHOLAS FOSTER                 5375647

TULIN, PETER ALEXANDER                1403468

ULLMAN, REBECCA HAYES                 4972170

URABE, TAKUJIRO                       4603999

-41-                              PM-131-21

VAN TUYLL VAN SEROOSKERKEN, REINOUT    4830543
FREDERIK

VANTSIOURI, PETROULA                   4794194

VARGAS, ARIVEE NATALIE                 5074307

VASCONSELLOS, CARLOS EDUARDO           4970257

VOGEL, DIANE LISA                      2448462

VON BERGHES, JOCHEN                    4586244

WADE, ELIZABETH ANN                   2732501

WAHI, SIDDHARTH                       4153706

WAKATSUKI, EMI                        4643672

WALL, MICHELLE                        2173193

WALSH, THOMAS PATRICK                 2251320

WAN, SHANG                            5356977

WANG, CHENYE                          5286653

WANG, CHU                             5232657

WANG, QINGJIE                         3928942

WANG, SHANSHAN                        5195706

WANG, SHI YUAN                        5289921

WANG, SHUJING                         5229976

WANG, SHUYIN                          4556437

-42-                          PM-131-21

WANG, XIAOLIN                      3018629

WANG, YI                          5143177

WANG, YIN-CHIN                    4505566

WARING, PATRICK JAMES SMITH       2890093

WASSEL, LYNN SUSAN                5056759

WEBBER, AUSTIN LIDSTONE           4860391

WEHNER, RYAN ANTHONY              5266002

WEINL, MARKUS CHRISTIAN           2432896

WEINSTEIN, DANIELLE BROOKE        4956157

WELLS, KEVIN JOHN                 4752093

WHELAN, KATHLEEN                  1276856

WILLIAMS, MARK EDWARD             2256287

WILLIFORD, JAMES CARLO            4160230

WILLNER, MICHAEL J.               1991041

WILSON, BRIDGET MARY              4571980

WINN, PATRICK MATTHEW             5336359

WONG, LISA LIJU                   3982329

WOOD, CANBY BIDDLE                4795183

WOODWARD, ALEXA LEIGH             5007281

WRIGHT, ASHLEY NICOLE             5204920

-43-                          PM-131-21

WU, MIN                          4531059

WU, SHUYE                        5155510

WU, SI                           4890588

WU, SOPHIE MARINA JUNE           4431300

XIA, YU                          5183389

XIANG, WEI                       5255344

XU, ZHENGJIE                     5074786

YALIM, HASAN TUVAN               4347399

YANG, JINWOOK                    4944005

YANG, MUN SIG                    4963229

YANG, QIAOWEN                    5283346

YEO, CATHERINE JUNGHYUN          5300033

YI, SOONG KI                     4686606

YIMER, ASEGED                    4290169

YOU, RU                          5334545

YU, JIN YOUNG                    4721007

YUCHT, DAVID                     2208940

YUDIN, MICHAEL KEITH             2501021

YUILLE, LUA KAMAL                4379210

ZANETOS, IRENE                   3898657

-44-                    PM-131-21

| | |
|---|---|
| ZBOROVSKI, SARA CARLI | 4048583 |
| ZENG, YONGGANG | 4580650 |
| ZHANG, XIAOYU | 5323886 |
| ZHANG, XUEHUI CASSIE | 5036165 |
| ZHANG, YANG | 5283528 |
| ZHENG, LIANG | 4934378 |
| ZHENG, XIAO | 5161229 |
| ZHOU, HAIYAN | 5351796 |
| ZHOU, LIN | 5328547 |
| ZHU, XIAO | 5307335 |
| ZHUANG, TIANTIAN | 5161195 |
| ZHUO, WENZHAO | 4980421 |
| ZIMMERMANN, MICHAL | 4739181 |
| ZITOMER, BURTON | 1824242 |
| ZOCHOWSKI, KIRSTEN A. | 4077327 |
| ZOHN, EDWARD JAY | 2764991 |
| ZOU, QING | 4961942 |
| ZOU, ZHIQING | 5055637 |

# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

-------------------------------------------------------------------

In the Matter of Attorneys Who Are in
Violation of Judiciary Law Section 468-a.

RE: Xiolin Wang

RS#: 3018629

:
:
:
:
:
:
:
:

NOTICE OF MOTION
FOR REINSTATEMENT

-------------------------------------------------------------------

   PLEASE TAKE NOTICE, that upon the annexed affidavit of Xiolin Wang Esq., sworn to on the 31st day of May 2023, the undersigned will move this court at a term thereof to be held at the Appellate Division Courthouse located at 27 Madison Avenue, New York, New York 10010, on the 26th day of June, 2023, at 10:00 a.m., for an Order of Reinstatement from the suspension of movant from the practice of law for violation of Judiciary Law Section 468-a, and for such other and further relief as may be just and proper.

Dated: 6/6/2023

Lexington, Kentucky

Xiolin Wang

2101 Brevard Ct.

Lexington, KY 40513

202-676-6189

To: Departmental Disciplinary Committee
Supreme Court, Appellate Division
First Judicial Department
61 Broadway
New York, NY 10006
(212) 401-0800

Supreme Court of the State of New York

Appellate Division: Third Judicial Department

## AFFIIDAVIT IN SUPPORT OF REINSTATEMENT TO THE BAR AFTER VOLUNTARY RESIGNATION

State of New York            )

County of _____ ) ss.:

Xiolin Wang, being duly sworn, deposes and says that:

1. I hereby apply, pursuant to Judiciary Law § 90 and 22 NYCRR 691.11, for reinstatement as an attorney and counselor-at-law licensed to practice in all of the courts of that State of New York.

2. My full name is Xiolin Wang. The name under which I was admitted to the practice of law is Xiolin Wang. ~~My name was changed on the Roll of Attorneys and Counselors-at-Law to_____ by reason of (marriage, divorce or annulment, or a court order legally changing the movant's name).~~ I have also been known by the following names: Charlie Wang

3. I was born on July 8, 1966 in Changsha, Huanan, China.

4. I currently reside at 2101 Brevard Ct, Lexington, KY 40513-1840.

5. The telephone numbers at which I can be contacted are:

   ~~Home  _____~~

   ~~Work _____~~

   Mobile 202-676-6189

6. The e-mail address at which I can be contacted is wangxcharlie@gmail.com.

7. I was admitted to the New York State Bar on January 25, 2000 in the Third Judicial Department.

8. By decision and order of this court dated (date), my voluntary resignation from the Bar of this State was accepted by the court.

A copy of the decision and order accepting my voluntary resignation is attached as exhibit A hereto.

9. I have also been admitted to practice in the following jurisdiction: D.C. Certificates of Good Standing, issued within the 30 days preceding the execution of this affidavit (or affirmation are attached as exhibit hereto.

10. Since the effective date of my resignation, I have been the subject of complaints of professional misconduct or of professional discipline in the following other jurisdictions (state the jurisdiction, the date, the nature of the complaint or the discipline imposed, and whether or not you are now in good standing in such jurisdiction):

11. Since the effective date of my resignation, I have been arrested, charged with, indicted, convicted, tried, and/or entered a plea of guilty to the following felonies, misdemeanors, violations, and/or traffic infractions (state the court, the offense charged, and date and nature of disposition):

12. Since the effective date of my resignation, I have suffered from or have been treated for a mental or emotional disorder, alcoholism and/or substance abuse or dependency (state the date or dates of each instance, the name of any health professional or institution consulted or affording treatment, and the circumstances):

13. Since the effective date of my resignation, I have complied with the requirements of 22 NYCRR 691.11-a(c)(4) by successfully completing one credit hour of continuing legal

~~education (CLE) accredited in accordance with 22 NYCRR Part 1500 for each month since the date of the order of this court accepting the resignation and removing my name from the roll of attorneys, up to a maximum of twenty-four credits. Certificates attesting to my completion of the required CLE are attached as exhibit_____ hereto.~~ I stopped practicing law after moving overseas and was exempted from CLE requirements as I did not practice law in New York.

14. Within the 30 days preceding the execution of this affidavit (affirmation), I have read the rules set forth in 22 NYCRR Part 1200 of the joint rules of the Appellate Divisions and I have read 22 NYCRR Part 691 of the rules of this court. I am familiar with the provisions of the Rules of Professional Conduct. If reinstated to the practice of law, I will conform my conduct to those rules.

15. I understand that the court may take such investigative steps as it deems appropriate to evaluate my character and fitness for reinstatement to the Bar. I will fully cooperate with any request for additional information and make myself available to answer questions under oath or affirmation, as required.

WHEREFORE, I request that the court grant this application for my reinstatement as an attorney and counselor-at-law licensed to practice in all of the courts of the State of New York.

Dated: (city or town, state)

May 31, 2023

Subscribed to and sworn to before me this 31st day of May, 2023.

Adam Agoub
Notary ID: KYNP58997
Fayette County, Kentucky
Exp: September 15, 2026

Notary Public



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Xiaolin Wang

was duly qualified and admitted on December 2, 2002 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on May 31, 2023.*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

**EXHIBIT**

**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

May 23, 2023

XIAOLIN WANG
2101 BREVARD CT
LEXINGTON, KY 40513-1840

# RECEIPT

**Attorney Registration #:** 3018629
**Batch #:** Online
**Process Date:** 05/23/2023
**Receipt #:** 203927
**Credit Card Ending In:** 1008
**Registration Fee Transaction #:**
230523C19-DD7814A4-C814-4DD0-8C54-C954C0EBAA5C
**Authorization Code:** 245012
**Non-Refundable Service Fee:** $44.85
**Service Fee Transaction #:**
230523C19-9AAADC17-F7E5-4FFA-9552-CCCD3A4B1BFA
**Service Fee Auth. Code:** 248858
**Next Registration:** Jul 2024
**Registration Status:** Suspended

This will acknowledge receipt of your 2016-2017, 2018-2019, 2020-2021, 2022-2023 registration as an attorney and receipt of the $1500 fee.

**Name:** XIAOLIN WANG
First:    XIAOLIN
Middle:
Last:    WANG
Suffix:

**DOB:** XX/XX/1966
**SSN:** XXX-XX-3664
AN EXPLANATION OF WHY SOCIAL SECURITY NUMBERS ARE REQUIRED AS PART OF THIS APPLICATION MAY BE FOUND AT: http://ww2.nycourts.gov/attorneys/registration/index.shtml

**Admission Data:**
Year Admitted    2000
Judicial Dept. of Admission:    3

**Law School:**    Duke University School of Law

**Business Address:**
Saleen Motors Int'l
1361 Hardison Ln
McLean, VA 22102-2241

**Home Address:** (Note: Is public information ONLY if no business is provided.)
2101 Brevard CT
Lexington, KY 40513-1840

**Business County:**
**Business Phone:**    (202) 676-6189
**e-mail** (optional):    wangxcharlie@gmail.com
Note: If provided, the e-mail address will be made public.

**Home County:**

Our records contain information above, return only if changes to the above are required and retain a copy for your records.

Please review the above information on this receipt for accuracy. The Rules of the Chief Administrator require that this office be notified of any changes in the above information within 30 days of any such change. If changes are required you may make them online.

¤ **Online**  1) Go to www.nycourts.gov and Attorney Online Services 2) Make desired changes 3) Print a corrected receipt.
- OR -
¤ **By Mail** 1) Circle the item 2) Enter the correct information directly on the receipt 3) Sign and date the receipt 4) Return to the address at the bottom of the receipt.

Signature: _____    Date: _____

**Child Support Oblig. §3-503:** No obligation
**CLE:** Certified as Exempt, Certified as Exempt, Certified as Exempt, Certified as Exempt

**Part 1200 (1.15) Affirmation:** No

**Pro Bono Reported:**    Yes

ADDRESS: P.O. BOX 2806 CHURCH STREET STATION, NEW YORK, NY 10008
PHONE: (212) 428-2800 ¤ EMAIL: NYATTY@NYCOURTS.GOV ¤ WEBSITE: www.nycourts.gov



**EXHIBIT**
A

# EXHIBIT 3



OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

**Attorney Registration #:** 3018629    **Batch #:** Online    **Process Date:** 05/18/2026    **Receipt #:** 683925
**Name:** XIAOLIN WANG

**Biennial Period(s):** 2026-2027

**This will acknowledge receipt of your 2026-2027 registration as an attorney and receipt of the $375 fee.**

**Name:**
First:   XIAOLIN
Middle:
Last:   WANG
**DOB:** XX/XX/1966
**SSN:** XXX-XX-3664
AN EXPLANATION OF WHY SOCIAL SECURITY NUMBERS ARE
REQUIRED AS PART OF THIS APPLICATION MAY BE FOUND AT:
http://ww2.nycourts.gov/attorneys/registration/index.shtml

**Admission Data:**

Year Admitted:              2000
Judicial Dept. of Admission:  3

**eSignature Verification Date:** 05/18/2026
**eCheck Account Ending In:** 5918
**Registration Fee Transaction #:**
   180526O17-1EE55B44-3441-495E-AA5C-B085190E68E9
**Authorization Code:** 523837
**Non-Refundable Service Fee:** $1.00
**Next Registration:** Jul 2028
**Registration Status:**
   Suspended, currently registered

**Enrolled in Attorney Emeritus Program:** Yes

## PERSONAL INFORMATION:

The Rules of the Chief Administrator require that this office be notified of any changes in the **BELOW** information within 30 days of any such change. If changes are required: 1) Go to www.nycourts.gov and Attorney Online Services 2) Make desired changes 3) Print a corrected receipt.

**Law School:** Duke University School of Law

**Business Address:**
MAHDAVI BACON HALFHILL AND YOUNG
11350 RANDOM HILLS RD STE 700
FAIRFAX, VA 22030-6044

**Business County**
**Business Phone:**  (703) 352-1300
**e-mail**  (optional):  Cwang@mbhylaw.com
      Note: If provided, the e-mail address will be made public.

**Home Address:** (Note: The Home Address is public information ONLY if no business is provided.)
1361 HARDISON LN
MCLEAN, VA 22102-2241

**Home County:**

ADDRESS: P.O. BOX 2806 CHURCH STREET STATION, NEW YORK, NY 10008
PHONE: (212) 428-2800 ¤ EMAIL: NYATTY@NYCOURTS.GOV ¤ WEBSITE: www.nycourts.gov

Page 1 of 2



**NEW YORK STATE**
Unified Court System

**RECEIPT** Page 2 of 2

OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

**Attorney Registration #:** 3018629    **Batch #:** Online    **Process Date:** 05/18/2026    **Receipt #:** 683925
**Name:** XIAOLIN WANG

**Biennial Period(s):** 2026-2027

## OTHER REPORTS & CERTIFICATIONS:

Please review the **BELOW** information on this receipt for accuracy. If changes are required: 1) Circle the item 2) Enter the correct information directly on the receipt 3) SIGN and date the receipt 4) Return via email as a PDF to ATTYREG@NYCOURTS.GOV

**Mandatory Continuing Legal Education (22 NYCRR §1500):**
2026-2027 Certified as Exempt
**Compliance With Child Support Obligations (Gen. Oblig. L. §3-503):**
No obligation

**Affirmation Of Compliance With Part 1200 (Rule 1.15) :**
Affirmation Signature: Yes

**ADMISSION TO PRACTICE LAW IN OTHER JURISDICTIONS AND DISCIPLINE REPORT**

**Only Admitted in NY:** No

**Bar Admissions in other US States or Territories:**
District of Columbia

**US Federal Courts Admissions:** None

**Bar Admissions in Countries/Courts outside of US:** None

**Certified if Currently in Good Standing in Every Reported Jurisdictions:** I Am

**Ever the subject of discipline in any jurisdiction where admitted, other than NY:**  No

Signature: _____    Date: _____

EXHIBIT 4

**MAKE CHECKS PAYABLE TO:**

PROFESSIONAL AMBULANCE AND OXYGEN SERVICE
PO BOX 849505
BOSTON MA 02284-9505
RETURN SERVICE REQUESTED

Online Bill Pay: https://pay.patientportal.me/PROEMS
To Pay Your Bill By Phone: 877-257-7835
Email For Patient Questions: Billing@ProEMS.com
Billing Phone Number for Patient Questions: 617-492-8484

Stmt ID#: 1667801798

21566-15

XIAOLIN WANG
47 BAKERS HILL RD
WESTON MA 02493-1760

0001 002237

IF PAYING BY VISA, MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW

☐ VISA    ☐ MASTERCARD    ☐ AMER. EXP.

CARD NUMBER

EXP. DATE    AMOUNT

SIGNATURE

MUST INCLUDE 3 DIGIT
SECURITY CODE FROM
BACK OF CARD

CARDHOLDERS NAME:

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 01/02/2026 | $2692.00 | 25-403086 |

SHOW AMOUNT PAID HERE $

REMIT TO:
PROFESSIONAL AMBULANCE AND OXYGEN SERVICE
PO BOX 849505
BOSTON MA 02284-9505

☐ Please check box if above address is incorrect and indicate change(s) on reverse side.

**INVOICE**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date Of Service | Description of Charge | | Qty. | Unit Price | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | A0427 | ALS1 EMERGENCY | 1 | 2,405.00 | 2,405.00 |
| 09/05/2025 | A0425 | AMBULANCE MILEAGE | 7 | 41.00 | 287.00 |

| Description of Payment | Receipt | Payment Date | Amount |
|---|---|---|---|
| | | | |

| | |
|---|---|
| Patient Name: | XIAOLIN WANG |
| Primary Payer: | CIGNA GLOBAL HEALTH BENEFIT |
| Secondary Payer: | Bill Patient |
| Current Payer: | Bill Patient |
| Due Date: | 01/23/2026 |

86007948901

| Please Pay This Amount |
|---|
| 2,692.00 |

You have an outstanding balance on your account. We kindly ask that you remit payment or contact us at your earliest convenience. If you have any questions or concerns, please do not hesitate to reach out to our billing office at (617) 492-8484.

| | |
|---|---|
| Over 30 Days: | 2,692.00 |
| Over 60 Days: | 0.00 |
| Over 90 Days: | 0.00 |
| Over 120 Days: | 0.00 |
| Total Gross Charges: | 2,692.00 |
| Total Other Credits: | 0.00 |
| Total Contractual Allowances: | .00 |
| Total Payments: | .00 |

1 of 1

PAP-209-A-0

21566-15    -27355372



**MassGeneral Brigham**

| | |
|---|---|
| Statement Date: | 4/1/2026 |
| Billing Account Number: | 92619369 |
| Patient Name: | Xiaolin Wang |
| Total Balance: | $350.00 |

Undeliverable Mail Only
PO Box 2090
Morrisville NC 27560

****************AUTO**ALL FOR AADC 021
2171  1 AB 0.641

XIAOLIN WANG
47 BAKERS HILL RD
WESTON MA 02493-1760



### What you owe now

## $350.00

**Due Upon Receipt**

## Ways to pay

1. Visit www.patientgateway.org.

2. Send in your check along with the payment coupon below. Please include full billing account number on check.

3. Call customer service:
   617-726-3884
   8 a.m.-4:30 p.m.   M, T ,W, F
   9 a.m.-4:30 p.m.   Th

   Por favor llama:
   617-726-3884
   8 a.m.-4:30 p.m.   Lu, Ma, Mi, Vi
   9 a.m.-4:30 p.m.   Ju

## Services provided by:

| | |
|---|---|
| Massachusetts General Hospital | McLean Hospital |
| Brigham and Women's Hospital | Nantucket Cottage Hospital |
| Brigham and Women's Faulkner Hospital | Newton-Wellesley Hospital |
| Cooley Dickinson Hospital | North Shore Physicians Group |
| Martha's Vineyard Hospital | Salem Hospital |
| Mass Eye and Ear | Spaulding Rehabilitation |
| Mass General Brigham Community Physicians | Wentworth-Douglass Hospital |
| Mass General Brigham Healthcare at Home | |
| Mass General Brigham Medical Group | |
| Mass General Brigham Urgent Care | |

Thank you for choosing Mass General Brigham.
Learn more at **www.MassGeneralBrigham.org**



### Scan to pay or enroll:

Sign up for Mass General Brigham Patient Gateway to communicate with your doctor, view test results, schedule appointments, renew prescriptions, view and pay bills - even participate in research.

---

Admit Date: 9/5/2025 -- Discharge Date: 9/7/2025        Newton Wellesley Hospital                                An, Perry G, MD

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ADJUSTMENTS | PATIENT RESPONSIBILITY |
|---|---|---|---|---|
| 9/5/2025 | CT Scan/Head - Hospital | $9,495.00 | | |
| 9/5/2025 | Diagnostic Radiology- Hospital | $280.00 | | |
| 9/5/2025 | EKG/ECG- Hospital | $218.00 | | |
| 9/5/2025 | Emergency Visit- Hospital | $4,240.00 | | |
| 9/5/2025 | Lab Services- Hospital | $884.00 | | |
| 9/5/2025 | Observation Services - Hospital | $4,978.00 | | |
| 9/5/2025 | Pharmacy | $110.40 | | |
| 9/5/2025 | Physical Therapy | $1,150.00 | | |
| 1/8/2026 | Contractual Adjustment - Blue Cross Blue Shield | | -$0.82 | |
| 3/4/2026 | Insurance Payment - Blue Cross Blue Shield | | -$7,068.00 | |
| 3/4/2026 | Contractual Adjustment - Blue Cross Blue Shield | | -$13,936.58 | |
| | Service Total | $21,355.40 | -$21,005.40 | $350.00 |

Here's a reminder of your open balance, your insurer has determined the balance is your responsibility. Please contact your insurer with questions about the balance or call us to discuss payment options.

| PATIENT RESPONSIBILITY | | $350.00 |
|---|---|---|



## Mass General Brigham

| Responsible Party | Account Number |
|---|---|
| Xiaolin Wang | 92619369 |
| | Amount Due | Amount Enclosed |

EXHIBIT 5

## DECLARATION OF CHAO CONG

Under penalty of perjury under the laws of Texas, I, Chao Cong, the undersigned declare that:

1. My name is Chao Cong. I am Xiaolin Wang's wife. I am a federal employee working for the Customs and Border Patrol of the Department of Homeland Security and I fully understand that I am making statements under the penalty of peerjury.

2. On or about June 12, 2025, I typed a motion to be filed in a court in Colorado for my husband.

3. During this period, my husband experienced dizziness and headache while reading or watching, mobile phone, computer or TV screens. He also suffered occasional short term memory loss. I performed most of typing for him for business documents; while he used voice-to-text software for his casual texting.

4. His symptoms worsened during the summer of 2025. In the month of August, his condition worsened and I further assisted him in typing documents to be filed in the federal court of Texas. In September he fell into unconsciousness and I called an ambulance to take him to an emergence room of a local hospital.

5. After extensive lab tests, he was diagnosed of viral infection induced vestibular neuritis.

6. He has been under daily therapeutic exercise after he was discharge from the hospital to this date.

I declare under penalty of perjury under the law of Texas that the foregoing Affidavit is true and correct, signed by Chao Cong this 15th day of June, 2026.

_Chao Cong_
Chao Cong