**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| Julia Ya Zhao, Frederick Hausheer, Hongran Stone, individually and on behalf of all others similarly situated | ) ) ) ) | |
| Plaintiffs | ) | |
| v. | ) ) | |
| USA FENCING ASSOCIATION a Colorado Corporation | ) ) ) | Civil Case No.:4:25-cv-00931-O |
| and | ) ) ) | |
| Donald Alperstein, David Arias, Phil Andrews, Damien Lehfeldt, Lauryn Deluca, Kat Holmes, individually | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF MOTIONS TO DISMISS, TO TRANSFER, AND TO COMPEL ARBITRAITON**

After considering Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Motions to Dismiss, to Transfer, and to Compel Arbitration, and the opposition thereto, the Court DENIES the request.

SIGNED on _____, 2026.

_____
U.S. DISTRICT JUDGE

1

APPROVED & ENTRY REQUESTED:


NI, WANG & MASSAND, PLLC

MAHDAVI, BACON, HALFHILL & YOUNG, PLLC

By: /s/ Timothy T. Wang
Timothy T. Wang
TX Bar #： 24067927
twang@nilawfirm.com
8140 Walnut Hill Ln
Suite 615
Dallas, TX 75231
(972) 331-4600

By: /s/ James T. Bacon
James T. Bacon (admitted *pro hac vice*)
VA Bar #： 22146
jbacon@mbhylaw.com
11350 Random Hills Rd.
Suite 700
Fairfax, Virginia 22030
(703) 420-7620

*Counsel for Plaintiffs Julia Ya Zhao,*
*Frederick Hausheer, Hongran Stone,*
*individually and on behalf of all others similarly situated*